UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vendrix Desinor

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

RECEIVED
SDNY PRO SE OFFICE
2024 MAY 13 PM 12:53

-against-

Officer: Previl; Leon; Amin And Others
(M.T.A.) Metropolitan Transportation
Authority Police Department District 30
Transit Bureau Response Team.

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                          (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Vendrix _____ Desinor _____

First Name             Middle Initial        Last Name

_____

Street Address

_____

County, City                State         Zip Code

_____    VendrixDesinor1@G.mail.com

Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____ PREVIL _____

First Name                     Last Name

(OFFICER) District 30 M.T.A. Police / Transit Bureau
RESPONSE Team

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

BROOKLYN                      N. Y.

County, City                   State              Zip Code

Defendant 2: _____ LEON _____

First Name                     Last Name

(OFFICER) District 30 M.T.A. Police / Transit
BUREAU RESPONSE Team

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

BROOKLYN                      N. Y.

County, City                   State              Zip Code

Defendant 3: _____ AMIN _____

First Name                     Last Name

(OFFICER) District 30 M.T.A. Police / Transit
BUREAU RESPONSE Team

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

BROOKLYN                      N. Y

County, City                   State              Zip Code

Defendant 4: **3 TO 4 OTHERS**
First Name / Last Name

(OFFICERS) DISTRICT 30 M.T.A. POLICE / TRANSIT
Current Job Title (or other identifying information)

BUREAU RESPONSE TEAM
Current Work Address (or other address where defendant may be served)

BROOKLYN  N.Y.  11201
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: HOYT STREET TRAIN STATION #2 AND 3 LINE
IMPROPER MEDICAL CARE - DENY MEDICAL ATTENTION / LACERATION TO THE RIGHT EYE INJURY

Date(s) of occurrence: **03/28/2024**

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

ON 03-28-2024 ; AT ABOUT 5:45 TO 6:00 P.M. AT THE HOYT STREET TRAIN STATION #2 AND 3 LINE. I WENT THROUGH THE TURNSTILE BECAUSE OF AN EMERGENCY ASTHMA ATTACK. AS I AM SITTING ON A BENCH ABOUT 6 TO 7 OFFICERS APPROACHED ME, ONE DEMANDED A PIECE OF IDENTIFICATION - (AS I AM HANDING HIM THE PIECE OF IDENTIFICATION, I AM GASPING FOR AIR AT THE SAME TIME EXPLAINING TO HIM OF MYSELF HAVING A SEVERE ASTHMA ATTACK TELLING HIM, I'M TRYING TO MAKE IT TO KINGS COUNTY HOSPITAL) AS I'M GOING THROUGH THE HARDSHIP OF BREATHING FOR AIR, WHILE ON HIS BODY CAMERA ALTHOUGH 3-4 FEET APART CAPTURING THE SOUND OF WHEEZING AND THE VISIBLE ACTION OF THE ASTHMA ATTACK. I DIDN'T GET BACK TO THE POLICE STATION UNTIL 30 TO 45 MINUTES BEFORE E.M.S. CAME , SOON AS THE E.M.S. WORKER CHECKED ME WITH HIS STETOSCOPE, WEARING A NAME TAG "GEORGE" INSTANTLY PUMPED ME WITH STEROIDS, OXYGEN, NEBULIZER ALBUTEROL AND RUSHED ME TO N.Y.U. LANGHORN HEALTH COBBLE HILL. WHEN I RETURNED FROM N.Y.U. LANGHORN HEALTH BACK TO DISTRICT 30 - ON MY WAY TO CENTRAL BOOKINGS DUE TO THE

UNPROFESSIONAL SHACKELING DONE BY OFFICER PREVIL AND ANOTHER OF ME AND TWO OTHER INDIVIDUALS FROM THE TETRIS PUZZLE WAY. WHERE I TRIED WARNING THE OTHER TWO INDIVIDUALS ALTHOUGH I AM THE LAST ONE IN THE CHAIN - I SHOULD ENTER THE TRANSPORT VAN FIRST. BY THE TIME THE OFFICERS REALIZED I WAS RIGHT THEY MADE ME AND THE OTHER TWO INDIVIDUALS EXIT BACK THE VAN AND RE-ENTER THE VAN. AS I AM NOW ENTERING THE DARK VAN MY HEAD WAS SOMEHOW HIT AGAINST AN OBJECT (METAL OBJECT) WHICH WAS STRUCTURE BY POLICE. IN THE PROCESS I ENDED UP WITH A LACERATION TO THE RIGHT EYE (BETWEEN BROW AND EYE FORE HEAD AREA

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

LACERATION BETWEEN BROW AND RIGHT EYE FORE HEAD AREA - (03-28-2024) AND (03-29-2024) AT N.Y.U LANGHORN HEALTH. (BLURRED AND IMPARED VISIONS) (04-6-2024) KINGS COUNTY HOSPITAL (C-T- SCAN (718) 245-4617. (04-13-2024) C-T- SCAN LANGHORN N.Y.U. (SCAN AND TORADOL SHOT FOR SEVERE MINEGRAIN AND SEVERE INJURY TO THE SKULL AND RIGHT EYE AREA)(04-22-2024) LANGHORN N.Y.U. SEVERE MINEGRAIN HEAD INJURY EYE PRESSURE FLUSH AND A SHOT OF TORADOL.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 05 - 13 - 2024 | |
| Dated | Plaintiff's Signature |
| VENDRIX | DESINOR |
| First Name          Middle Initial | Last Name |
| 5   ALICE  COURT | |
| Street Address | |
| BROOKLYN     NEW YORK | 11213 - 1004 |
| County, City          State | Zip Code |
| 646 - 500 - 4470 | VENDRIXDESINOR 1@ G.mail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes     ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# AFTER VISIT SUMMARY



**Vendrix Desinor** DoB: 6/29/1966    📅 3/28/2024    📍 Steinberg Ambulatory Care - Emergency 646-754-7900
Emergency Department Follow-Up & Care Transition Center 212-263-6695

## Instructions

You were seen in the Emergency Department for asthma exacerbation. Your xrays and exam did not show any emergent medical problems that require hospitalization or inpatient treatment. Follow up with your primary care doctor as discussed.

1) Continue all previously prescribed medications as directed.
2) Follow up with your primary care physician - take copies of your results.
3) Return to the Emergency Department for worsening or persistent symptoms, and/or ANY NEW OR CONCERNING SYMPTOMS.

## What's Next

You currently have no upcoming appointments scheduled.

## Patient Demographics

| Address | Phone |
|---|---|
| 14570 220TH SPRINGFIELD ST | 646-500-4470 (Home) |
| SPRINGFIELD GARDENS NY 11413 | 646-500-4470 (Mobile) *Preferred* |

## Emergency Department Treatment Team

Jerry Lee, MD

## Follow Up Call

You will be contacted by the Emergency Department (ED) Follow-up and Care Transitions Center. We want to help you with anything you may need. We will gladly help you review your discharge instructions, assist with doctor appointments or get medications you need. if you have any questions or concerns about your ED visit, please call the ED Follow-up and Care Transition Center. They can be reached at (212) 263-6695 between 9:00am-7:00pm.

## Today's Visit

### Diagnosis
Intermittent asthma with acute exacerbation, unspecified asthma severity

### Lab Tests Completed
POCT GLUCOSE

### Imaging Tests
XR CHEST AP PORTABLE

| | |
|---|---|
| Blood Pressure **127/100** | BMI **22.24** |
| Weight **155 lb** | Height **5' 10"** |
| Temperature (Oral) **98.3 °F** | Pulse **100** |
| Respiration **20** | Oxygen Saturation **95%** |

Epic   Vendrix Desinor (MRN: 1442S243) (CSN: 960280511) · Printed by [BECKKO2] at 3/28/2024 9:15 PM   Page 2 of 6



# Your Medication List

(i) For your privacy, any medications your clinician marked as private are not included in this list. This message appears even if the list is complete. If you have any questions about a medication you don't see here, contact your doctor.

## ASK your doctor about these medications

ASK (i) * **albuterol** 90 mcg/actuation inhaler
Commonly known as: PROVENTIL HFA;VENTOLIN HFA
Inhale 2 Puffs into the lungs every 4 hours as needed.

ASK (i) * **albuterol** 90 mcg/actuation inhaler
Commonly known as: PROVENTIL HFA
Inhale 2 Puffs into the lungs every 6 hours as needed for Wheezing.

ASK (i) * **albuterol** 90 mcg/actuation inhaler
Commonly known as: PROVENTIL HFA
Inhale 2 Puffs into the lungs every 6 hours as needed for Wheezing.

ASK (i) **cyclobenzaprine** 10 mg tablet
Commonly known as: FLEXERIL
Take 1 tablet by mouth daily.

ASK (i) **empagliflozin** 10 mg tablet
Commonly known as: JARDIANCE
Take 10 mg by mouth.

ASK (i) **ibuprofen** 600 mg tablet
Commonly known as: ADVIL;MOTRIN
Take 1 tablet by mouth every 8 hours as needed.

ASK (i) **mometasone-formoterol** 100-5 mcg/actuation Hfa inhaler
Commonly known as: DULERA
Inhale 2 Puffs into the lungs.

◀)) * This list has 3 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

## MyChart at NYU Langone

- Sign up for NYU Langone Health MyChart to stay connected to your care anytime and anywhere.
- You can schedule appointments, view test results, request prescription refills, send secure messages to your providers, and more.
- To enroll, download the NYU Langone Health app and select "Activate MyChart Account" on the login screen. Or you can visit https://mychart.nyulmc.org and select "Sign Up Now".
- For technical support, please call 1-866-262-6458.

Information and Instructions About My Care

## Allergies as of 3/28/2024

|  | Reactions |
|---|---|
| **Eggplant** | Rash-Unknown |
| **Strawberries** | Rash-Unknown |

## Lab Results
None

## Results

XR CHEST AP PORTABLE

Study Result
Narrative & Impression
Portable chest x-ray

Clinical indication: 1.asthma

Technique: Single AP view of the chest was obtained.

Comparison: 10/14/2023

Electronic Signature: I personally reviewed the images and agree with this report. Final Report: Dictated by and Signed by Attending Lucy Modahl MD 3/28/2024 8:37 PM

Findings / IMPRESSION:
Lungs and pleural spaces are clear.
Mediastinal contours and cardiac silhouette are unremarkable.
No suspicious lesion in the bones.

## Access to Clinical Notes and Test Results

At NYU Langone Health, we believe that sharing information supports patients taking an active role in their health.   In support of this, clinical notes and test results are made available to patients in MyChart and the NYU Langone Health App, as soon as they are available.  This is in accordance with the 21st Century Cures Act, which is intended to give patients and their healthcare providers secure access to health information. (www.healthit.gov/curesrule)

This means that a patient may see test results before their health care provider does.  If you do access your test results right away, please keep in mind that some results may be hard to interpret without guidance from a health care professional.  All results will be reviewed by members of your care team. They will continue to follow-up with you as they have done in the past.

Vendrix Desinor (MRN: 1442624З) (CSN: 9602805511) • Printed by BECKKI02] at 3/28/2024 9:15 PM    Page 4 of 6    Epic

②

**If you feel that any of the information in this summary is inaccurate, please talk with your healthcare provider.**

## Information About Medication Safety

It is important to keep an updated record of the medications you are taking, and to bring this updated list of medications every time you visit your Health Care Provider and when you come to the hospital. We want to help you in managing your medications safely after your visit or discharge. This includes the potential side effects of your medications. If you have any questions regarding the medications you are taking, please speak to your Health Care Provider or Pharmacist.

## Finding a Physician Within NYU Langone Health

As one of the nation's premier academic medical centers, NYU Langone Health is devoted to excellence in patient care, education, and research. We are proud that our care team includes leading specialists for every condition.

Should you need assistance finding a physician or service, please visit us on our website at https://nyulangone.org/doctors.

To reach us by phone:
NYU Langone Physician Referral Services – (855) 314-2978
NYU Langone Orthopedic Hospital – (888) 453-3627
Family Health Centers at NYU Langone – (718) 630-7942

Additional resources include:

If you or someone you know is struggling or in crisis, help is available. Call or text 988 or chat 988lifeline.org
NYC Suicide Hotline – **(888) 692-9355**

## Have questions about your bills?

Our physician and hospital customer service representatives are available to answer any billing questions: https://nyulangone.org/insurance-billing-financial-assistance
Physician Billing: 1 - 877 - 648 - 2964
Hospital Billing: 1 - 800 - 237 - 6977

## NYU Financial Counseling Service

Patient Financial Counselors are available to discuss any outstanding financial responsibilities not covered by insurance. Financial Counselors can assist you in applying for Government-sponsored programs or NYU Hospitals Center's Financial Assistance program.

Location:    Skirball Institute lobby, across from the cashier, Tisch Hospital
Hours: Monday – Friday, 9:00 AM - 5:00 PM
Toll Free Telephone:  1–866–486–9847

# Please come back to the Emergency Department if:

- You do not feel better
- You feel worse
- You have any other medical concerns

If you do not have a primary care physician, please call: 855-314-2978 for a referral.

# Additional NYU Langone Health Resources & Care Options

**ED Follow-Up and Care Transition Center:**
You will be contacted by the Emergency Department (ED) Follow-up and Care Transitions Center. We want to help you with anything you may need. We will gladly help you review your discharge instructions, assist with doctor appointments or get medications you need. If you have any questions or concerns about your ED visit, please call the ED Follow-up and Care Transition Center. They can be reached at (212) 263-6695 between 9:00am-7:00pm.

**Virtual Urgent Care:**
Adults and children (age 5 and older) can video chat with a care provider while at home, work, or on the go. This service is for patients who have minor medical conditions. It is not for emergencies. Virtual urgent care doctors treat a variety of minor complaints, including cough, sore throat, flu-like symptoms and more. Visit https://nyulangone.org/locations/virtual-urgent-care to learn more.

**Urgent Care:**
If you are experiencing an injury or illness and are unable to get an appointment with your doctor, NYU Langone has several urgent care options to ensure you get the care you need as quickly and conveniently as possible. This service is for patients who have minor medical conditions. It is not for emergencies. Our doctors are available for extended hours during the week, as well as on the weekend. They are able to perform minor procedures, bloodwork, and imaging services. Visit https://nyulangone.org/locations/urgent-care to learn more.

# Important Notice To All Patients

The examination and treatment(s) you received in our ED have been delivered on an emergency basis. Sometimes, these treatments are not a substitute for complete and ongoing evaluation and medical treatment. It is vital that you arrange for follow-up care with your physician/clinic you were referred to. Report any new or remaining problems at that time because it is difficult to recognize and treat all types of injury or disease in a single ED visit.

If your symptoms continue, get worse or change, you may need more immediate attention. You may need to see your physician or the referral physician. If they are unavailable or if you feel you cannot wait to be seen, return to the ED Our department is always open and available if you need to come back.

Please ensure that the contact information provided upon Emergency Department registration is accurate in case the need should arise for us to contact you. For information and further instructions on obtaining your medical records, including results and final radiology reports, access your MyChart account.

# Radiology Disclaimer

If you had an X-ray, CAT scan, Ultrasound or MRI today, the Emergency Department (ED) interpretation may have been a preliminary reading. A radiology specialist will formally review the exam by the next day following your ED visit. If there is a discrepancy or a change from today's Emergency department reading, you will be notified. In addition, due to the



complexities of radiologic examinations, the radiologist's final report may note incidental findings that were not noted during your ED visit. Incidental findings are findings that are discovered, which do not necessarily have clinical significance but may require further evaluation. We suggest you view your images and final radiology report by accessing your MyChart account.

## Signatures

Patient Signature: _____

Date: _____    Time: _____

Signature of Discharging Clinician _____    Title: _____

Printed Name of Discharging Clinician _____

Date: _____    Time: _____

# AFTER VISIT SUMMARY


NYU Langone Health

**Vendrix Desinor** DoB: 6/29/1966    📅 3/29/2024  📍 Steinberg Ambulatory Care - Emergency 646-754-7900
Emergency Department Follow-Up & Care Transition Center 212-263-6695

## Instructions


Read the attached information
Diabetes with High Blood Sugar (English)


Call NYU Langone Physician Referral Services
Contact: 855-314-2978
If you have a primary care physician, please follow-up with that office to schedule an appointment within 1 week. If you do not have a primary care physician, please call 855-314-2978 and inform the referral line that you have been discharged from the Observation/Short Stay unit and are requesting an appointment with a Cardiologist within 1 week of your discharge.

## What's Next

You currently have no upcoming appointments scheduled.

## Patient Demographics

Address
146-22 184TH ST
SPRINGFIELD GARDENS NY 11413

Phone
934-218-9767 (Home)
934-218-9767 (Mobile) *Preferred*

## Emergency Department Treatment Team

1. David Adam Schaeffer, MD
2. Jerry Cadet, PA

## Follow Up Call

You will be contacted by the Emergency Department (ED) Follow-up and Care Transitions Center. We want to help you with anything you may need. We will gladly help you review your discharge instructions, assist with doctor appointments or get medications you need. If you have any questions or concerns about your ED visit, please call the ED Follow-up and Care Transition Center. They can be reached at (212) 263-6695 between 9:00am-7:00pm.

## Today's Visit

Diagnosis
Hyperglycemia

### 🔬 Lab Tests Completed
BASIC METABOLIC PANEL
CBC WITH DIFFERENTIAL
HEPATIC PANEL
POCT GLUCOSE performed 4 times
TROPONIN I, HIGH SENSITIVITY
VENOUS BLOOD GAS COMPLETE PANEL WITH LACTATE

### 💊 Medications Given
albuterol (PROVENTIL HFA;VENTOLIN HFA) Last given at 6:19 AM
albuterol (PROVENTIL) Last given at 4:08 AM
insulin lispro (HumaLOG;ADMELOG) Last given at 4:37 AM
sodium chloride 0.9 % (NS) Stopped at 5:08 AM
sodium chloride 0.9 % (NS) Stopped at 6:17 AM


Blood Pressure
**145/73**


Temperature
**98.6 °F**

Pulse
**78**

Respiration
**18**


Oxygen Saturation
**98%**



# Your Medication List

ⓘ For your privacy, any medications your clinician marked as private are not included in this list. This message appears even if the list is complete. If you have any questions about a medication you don't see here, contact your doctor.

## ASK your doctor about these medications

| | | |
|---|---|---|
| ASK | * **albuterol** 90 mcg/actuation inhaler<br>Commonly known as: PROVENTIL HFA;VENTOLIN HFA | Inhale 2 Puffs into the lungs every 4 hours as needed. |
| ASK | * **albuterol** 90 mcg/actuation inhaler<br>Commonly known as: PROVENTIL HFA | Inhale 2 Puffs into the lungs every 6 hours as needed for Wheezing. |
| ASK | * **albuterol** 90 mcg/actuation inhaler<br>Commonly known as: PROVENTIL HFA | Inhale 2 Puffs into the lungs every 6 hours as needed for Wheezing. |
| ASK | **cyclobenzaprine** 10 mg tablet<br>Commonly known as: FLEXERIL | Take 1 tablet by mouth daily. |
| ASK | **empagliflozin** 10 mg tablet<br>Commonly known as: JARDIANCE | Take 10 mg by mouth. |
| ASK | **ibuprofen** 600 mg tablet<br>Commonly known as: ADVIL;MOTRIN | Take 1 tablet by mouth every 8 hours as needed. |
| ASK | **mometasone-formoterol** 100-5 mcg/actuation Hfaa inhaler<br>Commonly known as: DULERA | Inhale 2 Puffs into the lungs. |

◆ * This list has 3 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

## MyChart at NYU Langone

- Sign up for NYU Langone Health MyChart to stay connected to your care anytime and anywhere.
- You can schedule appointments, view test results, request prescription refills, send secure messages to your providers, and more.
- To enroll, download the NYU Langone Health app and select "Activate MyChart Account" on the login screen. Or you can visit https://mychart.nyulmc.org, and select "Sign Up Now."
- For technical support, please call 1-866-262-6458.

Information and Instructions About My Care

Vendrix Desinor (MRN: 1442624J) (CSN: 96029404J) • Printed by TBECKK02J at 3/29/2024 6:20 AM    Page 4 of 11    Epic

🖉 Attached Information

Diabetes with High Blood Sugar (English)
───────────────────────────────────────

# Diabetes with High Blood Sugar

You have been treated for high blood sugar (hyperglycemia). This may be because of an infection or other illness. Or it may be from eating too many sweets or starches. Or it may be from not taking enough insulin or other diabetes medicine.

## Home care

Check your blood sugar level at least 2 times a day. Write it down the results. Do this before breakfast and before dinner. If you take insulin, also write down your routine insulin dose. Note any other doses you needed based on your sliding scale or as advised by your healthcare provider. Do this for the next 3 to 5 days.

High blood sugar may cause symptoms that you can learn to spot. These include:

- Peeing often
- Thirst
- Headache
- Breath that smells fruity
- Nausea or vomiting
- Belly pain

If you have symptoms of high blood sugar, use a blood or urine test to find out what your blood sugar level is. If it is above your usual range, use the sliding scale regular insulin dose from your healthcare provider. Call your provider for advice if you were not given a range for your insulin dose. If your blood sugar is over 240 mg/dL, check your urine for ketones.

## Follow-up care

Follow up with your healthcare provider, or as advised. You may need to meet with your provider in the next week. You will likely look at your blood sugar records together. You may need to change your dose of insulin or other diabetes medicine.

## When to seek medical advice

Call your healthcare provider right away if these occur:

- Symptoms of high blood sugar that don't get better with the treatment your provider advised. This is especially true if you also have ketones in your urine.
- Blood sugar over 300 mg/dL. If you can't reach your healthcare provider, go to a hospital emergency room or urgent care center.

## Call 911

Call 911 if you have any of the following:

- Confusion
- Dizziness, lightheadedness, or loss of consciousness
- Shortness of breath
- Chest pain
- Weakness of an arm, leg, or one side of the face
- Sudden trouble with speech or vision

**Date Last Reviewed:** 9/1/2018

© 2000-2019 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Allergies as of 3/29/2024

|  | Reactions |
|---|---|
| **Eggplant** | Rash-Unknown |
| **Strawberries** | Rash-Unknown |

## Lab Results

🔴 VENOUS BLOOD GAS COMPLETE PANEL WITH LACTATE (Final result)

| Collection Time | Result Time | PHVBG | PCO2VEN | PO2VBG | HCO3VBG | BASEDEFVBG | O2VBG | HB-VBG | OHG-BVBG | HCOV-BG | METHGVBG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/29/24 04:05:00 | 03/29/24 04:13:51 | 7.39 | 37 ⌄ | 92 ⌃ | 22.4 | 2 | 98 ⌃ | 12.7 | 96.2 ⌃ | 1.4 | 0.4 |

| Collection Time | Result Time | NAVBLD | KVBG | CAVBG | GLUVBG | TEMPVBG | LACTATEVBG | CLVBG |
|---|---|---|---|---|---|---|---|---|
| 03/29/24 04:05:00 | 03/29/24 04:13:51 | 130 ⌄ | 4.7 | 1.25 | 577 Notified ER SCHAEFFER (03/29/2024 04:12:00) by (LEYSOJ01) ‼ | 37.0 | 2.0 ⌃ | 98 |

**Final result**

🔴 BASIC METABOLIC PANEL (Final result)

Vendrix Desiner (MRN: 1442624?) (CSN: 960294047) • Printed by [TBECKK02] at 3/29/2024 6:20 AM    Page 6 of 11    Epic

TROPONIN I, HIGH SENSITIVITY (Final result)

Final result

HEPATIC PANEL (Final result)

| Collection Time | Result Time | AST | ALT | ALKPHOS | BILITOT | BILIDIRECT | ALBUMIN | PROTTOTAL |
|---|---|---|---|---|---|---|---|---|
| 03/29/24 04:01:00 | 04:24:25 | 18 | 25 | 58 | 0.6 | 0.2 | 3.8 | 6.8 |

Performed by NYULH Steinberg Amb Care Center. 70 Atlantic Ave, Brooklyn, NY. 11201 CLIA: 33D2082125 Director: Ding Wen Wu, MD.

Final result

| Collection Time | Result Time | NA | K | CL | CO2 | BUN | CREATININE | GLU | CALCIUM | EGFRCKDEP | ANIONGAP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/29/24 04:01:00 | 04:28:15 | 132 | 4.6 | 102 | 20 ^ | 21 | 1.13 | 575 | 9.1 | 75.8 | 10 |

This is an estimate of GFR using the 2021 CKD-EPI equation. Precision may be affected by hydration status, physiologic variation, interrelationships between age, sex, serum creatinine, and GFR. (DOI 10.1056/NEJMoa2102953)

Performed by NYULH Steinberg Amb Care Center. 70 Atlantic Ave, Brooklyn, NY. 11201 CLIA: 33D2082125 Director: Ding Wen Wu, MD.

| Collection Time | Result Time | HSTROPI | TRPIABSDLT | TRPIPCDLT |
|---|---|---|---|---|
| 03/29/24 04:01:00 | 03/29/24 04:31:05 | <3 (NOTE) HS-Troponin values are flagged as abnormal when they exceed 99th percentile for sex. Isolated abnormal values do not represent an acute MI. The clinical context needs to be considered when making this diagnosis. Diagnosis of acute MI requires a rise and/or fall in troponin of >20% with at least one of the following: 1. Symptoms of ischemia. 2. ECG changes indicating new ischemia (new ST-T changes or new left bundle branch block). 3. Development of new pathological Q waves in the ECG. 4. Imaging evidence of new loss of viable myocardium or new regional wall motion abnormality. Please note that delta troponin values will only be calculated when there is a prior sample collected within 4:30 hours. | Baseline Troponin | Baseline Troponin Performed by NYULH Steinberg Amb Care Center. 70 Atlantic Ave, Brooklyn, NY, 11201 CLIA: 33D2082125 Director: Ding Wen Wu, MD. |

**Final result**

## ⓘ CBC WITH DIFFERENTIAL (Final result)

| Collection Time | Result Time | WBC | NRBCPC | NRBCABS | RBC | HGB | HCT | MCV | MCH | MCHC | RDWCV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/29/24 04:01:00 | 03/29/24 04:08:36 | 5.0 | 0 | 0.0 | 4.07 | 12.4 ⌄ | 37.0 ⌄ | 90.9 | 30.5 | 33.5 | 13.3 |

| Collection Time | Result Time | RD-WSD | PLT | MPV | IM-PLT-FRPC | IMM-PLT-FRAB | DIFFTYPE | NEUTSPCT | LYM-PHPCT | MONOPCT | EOSPCT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/29/24 04:01:00 | 03/29/24 04:08:36 | 44.5 | 185 | 10.1 | 3.0 | 5.6 | AUTO-MATED | 80 ⌃ | 17 | 3 | 0 |

Vendrix Desinor (MRN: 1442624J) (CSN: 960294047) • Printed by CJBECKKO2] at 3/29/2024 6:20 AM    Page 8 of 11    Epic

③

**Collection Result**

| Time | BASOPCT | IMMGRANPCT | NEUTSABS | LYMPHSABS | MONOSABS | EOSABS | BASOSABS | IMMGRANABS |
|---|---|---|---|---|---|---|---|---|
| 03/29/24 04:10:00 | 0 | 0 | 4.0 | 0.8 | 0.2 | 0.0 | 0.0 | 0.0 |
| 03/29/24 04:08:36 | | | | | | | | |

Performed by
NYULH
Steinberg
Amb Care
Center: 70
Atlantic Ave,
Brooklyn, NY,
11201 CLIA:
33D2082125
Director: Ding
Wen Wu, MD.

**Final result**

## Access to Clinical Notes and Test Results

At NYU Langone Health, we believe that sharing information supports patients taking an active role in their health.  In support of this, clinical notes and test results are made available to patients in MyChart and the NYU Langone Health App, as soon as they are available.  This is in accordance with the 21st Century Cures Act, which is intended to give patients and their healthcare providers secure access to health information. (www.healthit.gov/curesrule)

This means that a patient may see test results before their health care provider does.  If you do access your test results right away, please keep in mind that some results may be hard to interpret without guidance from a health care professional.  All results will be reviewed by members of your care team. They will continue to follow-up with you as they have done in the past.

**If you feel that any of the information in this summary is inaccurate, please talk with your healthcare provider.**

## Information About Medication Safety

It is important to keep an updated record of the medications you are taking, and to bring this updated list of medications every time you visit your Health Care Provider and when you come to the hospital. We want to help you in managing your medications safely after your visit or discharge. This includes the potential side effects of your medications. If you have any questions regarding the medications you are taking, please speak to your Health Care Provider or Pharmacist.

## Finding a Physician Within NYU Langone Health

As one of the nation's premier academic medical centers, NYU Langone Health is devoted to excellence in patient care, education, and research. We are proud that our care team includes leading specialists for every condition.

Should you need assistance finding a physician or service, please visit us on our website at https://nyulangone.org/doctors.

To reach us by phone:

NYU Langone Physician Referral Services – (855) 314-2978
NYU Langone Orthopedic Hospital – (888) 453-3627
Family Health Centers at NYU Langone – (718) 630-7942

Additional resources include:

If you or someone you know is struggling or in crisis, help is available. Call or text 988 or chat 988lifeline.org
NYC Suicide Hotline – **(888) 692-9355**

## Have questions about your bills?

Our physician and hospital customer service representatives are available to answer any billing questions:  https://nyulangone.org/insurance-billing-financial-assistance
Physician Billing: 1 - 877 - 648 - 2964
Hospital Billing:  1 - 800 - 237 - 6977

## NYU Financial Counseling Service

Patient Financial Counselors are available to discuss any outstanding financial responsibilities not covered by insurance. Financial Counselors can assist you in applying for Government-sponsored programs or NYU Hospitals Center's Financial Assistance program.

Location:    Skirball Institute lobby, across from the cashier, Tisch Hospital
Hours:  Monday - Friday, 9:00 AM - 5:00 PM
Toll Free Telephone:  1-866-486-9847

## Please come back to the Emergency Department if:
• You do not feel better
• You feel worse
• You have any other medical concerns

If you do not have a primary care physician, please call: 855-314-2978 for a referral.

## Additional NYU Langone Health Resources & Care Options

**ED Follow-Up and Care Transition Center:**
You will be contacted by the Emergency Department (ED) Follow-up and Care Transitions Center. We want to help you with anything you may need. We will gladly help you review your discharge instructions, assist with doctor appointments or get medications you need. If you have any questions or concerns about your ED visit, please call the ED Follow-up and Care Transition Center. They can be reached at (212) 263-6695 between 9:00am-7:00pm.

**Virtual Urgent Care:**
Adults and children (age 5 and older) can video chat with a care provider while at home, work, or on the go. This service is for patients who have minor medical conditions. It is not for emergencies. Virtual urgent care doctors treat

Epic    Vendrix Desinor (MRN: 1442624J) (CSN: 960294047) • Printed by BECKKO02J at 3/29/2024 6:20 AM    Page 10 of 11

nyulangone.org/locations/virtual-urgent-care to learn more.

a variety of minor complaints, including cough, sore throat, flu-like symptoms and more. Visit https://

**Urgent Care:**

If you are experiencing an illness or injury and are unable to get an appointment with your doctor, NYU Langone has several urgent care options to ensure you get the care you need as quickly and conveniently as possible. This service is for patients who have minor medical conditions. It is not for emergencies. Our doctors are available for extended hours during the week, as well as on the weekend. They are able to perform minor procedures, bloodwork, and imaging services. Visit https://nyulangone.org/locations/urgent-care to learn more.

## Important Notice To All Patients

The examination and treatment(s) you received in our ED have been delivered on an emergency basis. Sometimes, these treatments are not a substitute for complete and ongoing evaluation and medical treatment. It is vital that you arrange for follow-up care with your physician/clinic you were referred to. Report any new or remaining problems at that time because it is difficult to recognize and treat all types of injury or disease in a single ED visit.

If your symptoms continue, get worse or change, you may need more immediate attention. You may need to see your physician or the referral physician. If they are unavailable or if you feel you cannot wait to be seen, return to the ED Our department is always open and available if you need to come back.

Please ensure that the contact information provided upon Emergency Department registration is accurate in case the need should arise for us to contact you. For information and further instructions on obtaining your medical records, including results and final radiology reports, access your MyChart account.

## Radiology Disclaimer

If you had an X-ray, CAT scan, Ultrasound or MRI today, the Emergency Department (ED) interpretation may have been a preliminary reading. A radiology specialist will formally review the exam by the next day following your ED visit. If there is a discrepancy or a change from today's Emergency department reading, you will be notified. In addition, due to the complexities of radiologic examinations, the radiologist's final report may note incidental findings that were not noted during your ED visit. Incidental findings are findings that are discovered, which do not necessarily have clinical significance but may require further evaluation. We suggest you view your images and final radiology report by accessing your MyChart account.

## Signatures

Patient Signature: _____

Date: _____    Time: _____

Signature of Discharging Clinician _____    Title: _____

Printed Name of Discharging Clinician _____

Date: _____    Time: _____

# AFTER VISIT SUMMARY

NYC **HEALTH+ HOSPITALS** | **Kings County**

**Vendrix Desinor**  MRN: 1638008                    📅 4/6/2024  📍 Kings County Adult ED 718-245-4617

## Instructions

ENT clinic follow-up: 4/12/24 at 1 pm, E building 5th floor Suite F



### Your medications have changed

➡ START taking:
**amoxicillin-clavulanate** (AUGMENTIN)
**metFORMIN** (GLUCOPHAGE)
**sodium chloride** (OCEAN)

◆ CHANGE how you take:
**glipiZIDE** (GLUCOTROL)

✖ STOP taking:
**acetaminophen** 325 MG tablet (Tylenol)
**dextromethorphan-guaiFENesin** 10-100 MG/5ML syrup (ROBITUSSIN-DM)
**ibuprofen** 600 MG tablet (MOTRIN)

**Review your updated medication list below.**



### Pick up these medications at Kings Drug and Surgical - Brooklyn, NY - 492 Clarkson Ave

amoxicillin-clavulanate • metFORMIN • sodium chloride

Address:        492 Clarkson Ave, Brooklyn NY 11203
Phone:          718-363-3300



### Referrals made today

Ambulatory Referral to Med Primary Care (MPC)
Where: Kings County Primary Care
Address: 451 CLARKSON AVENUE BROOKLYN NY 11203
Phone: 718-245-3325
Expires: 4/8/2025 (requested)
1) Patient does *not* have a serious mental health or substance use diagnosis (should refer to BH instead) or HIV (should refer to Infectious Disease instead): Yes
2) Has the patient verbally stated that they would like to come to Kings County for primary care? Yes
3) Has the patient been seeing a primary care provider in the community? No
4) If yes, has the patient stated they no longer wish to see their existing PCP? N/A

Ambulatory Referral to Pulmonology
Where: Kings County Pulmonary
Address: 451 Clarkson Avenue BROOKLYN NY 11203
Phone: 718-245-3325
Expires: 4/8/2025 (requested)
Reason for Referral: asthma

Ambulatory Referral to Endocrinology / Diabetes Clinic
Scheduled for 7/31/2024
Expires: 4/8/2025 (requested)
Reason for Referral: referral to Endocrinology, diabetes clinic, FU On ED Observation stay for asthma exacerbation, hyperglycemia

## Instructions (continued)

Ambulatory Referral to ENT
Where: Kings County Ear, Nose, and Throat
Address: 451 Clarkson Avenue BROOKLYN NY 11203
Phone: 718-245-3325
Expires: 4/9/2025 (requested)
Reason for Referral: treated for sinusitis in the hospital with c/f fungal sinusitis

Utilize this referral for patients who are 18+
Diagnosis: Sinus/allergic rhinitis

# Today's Visit

You were seen by Dr. A Gleyzer, J Ferrall, and Dr. R Kong

## Reason for Visit

- Cough
- Wheezing

## Diagnoses

- COPD exacerbation (HCC)
- Uncontrolled type 2 diabetes mellitus with hypoglycemia without coma
- Moderate persistent asthma with exacerbation
- Acute frontal sinusitis, recurrence not specified

## ⚗ Lab Tests Completed

Beta Hydroxybutyrate
Blood Gas/Chem Coox Lactate Venous performed 3 times
CBC And Differential
CBC and Differential
Cepheid COVID-19 RSV Influenza A/B PCR
Comprehensive Metabolic Panel performed 3 times
GenMark Respiratory Panel 2 PCR (For Severe Illness)
Hemoglobin A1C Immunoassay
Poc Glucose Capillary performed 20 times
T4, Free
TSH

## ⚗ Lab Tests in Progress

Poc Glucose Capillary performed 10 times

## ▦ Imaging Tests

CT Maxillofacial without contrast
DX Chest 2 Views
ECG 12 Lead

## Today's Visit (continued)

⊞ **Done Today**

Inpatient Consult to ENT

Inpatient Consult to Endocrinology

Inpatient Consult to Medical Admitting Physician

Insert Peripheral IV

Pulse Oximetry, Spot - Nursing

Reason for No VTE Prophylaxis

Saline Lock IV

⊗ **Medications Given**

acetaminophen (TYLENOL) Last given 4/9/2024 2:14 AM

acetaminophen (TYLENOL) Last given 4/8/2024 11:36 AM

albuterol (PROVENTIL) Last given 4/6/2024 7:53 PM

albuterol (PROVENTIL) Last given 4/9/2024 2:48 AM

albuterol (PROVENTIL) Last given 4/6/2024 7:22 AM

albuterol (PROVENTIL) Last given 4/11/2024 1:29 PM

amoxicillin-clavulanate (AUGMENTIN) Last given 4/11/2024 9:01 AM

dexamethasone (DECADRON) Last given 4/6/2024 5:07 AM

dexamethasone (DECADRON) Last given 4/7/2024 9:36 PM

enoxaparin (LOVENOX) Last given 4/11/2024 9:05 AM

fluticasone propionate (FLONASE) Last given 4/9/2024 8:06 PM

fluticasone propionate (FLONASE) Last given 4/11/2024 9:02 AM

glipiZIDE (GLUCOTROL) Last given 4/8/2024 7:36 AM

glipiZIDE (GLUCOTROL) Last given 4/11/2024 6:45 AM

ibuprofen (MOTRIN) Last given 4/8/2024 11:34 AM

ibuprofen (MOTRIN) Last given 4/9/2024 7:58 PM

Insulin Aspart (NovoLOG) Last given 4/7/2024 8:26 AM

Insulin Aspart (NovoLOG) Last given 4/8/2024 6:55 PM

Insulin Aspart (NovoLOG) Last given 4/9/2024 8:12 PM

Insulin Aspart (NovoLOG) Last given 4/10/2024 5:12 PM

ipratropium (ATROVENT) Last given 4/6/2024 7:22 AM

ipratropium (ATROVENT) Last given 4/11/2024 11:46 AM

ipratropium (ATROVENT) Last given 4/6/2024 7:53 PM

ipratropium (ATROVENT) Last given 4/9/2024 2:49 AM

magnesium sulfate Stopped 4/6/2024 9:39 AM

metFORMIN (GLUCOPHAGE) Last given 4/11/2024 8:59 AM

metFORMIN (GLUCOPHAGE) Last given 4/8/2024 6:55 PM

mometasone-formoterol (DULERA) Last given 4/11/2024 8:59 AM

oxymetazoline (AFRIN) Last given 4/9/2024 11:53 AM

predniSONE (DELTASONE) Last given 4/10/2024 10:02 AM

predniSONE (DELTASONE) Last given 4/11/2024 9:00 AM

sodium chloride (OCEAN) Last given 4/6/2024 11:45 PM

sodium chloride (OCEAN) Last given 4/11/2024 1:29 PM

sodium chloride Stopped 4/6/2024 8:31 AM

sodium chloride Stopped 4/6/2024 5:53 PM

## What's Next

**APR 12 2024**  **Follow Up Visit**
Friday April 12 2:00 PM

E-Building: 5th Floor, Suite E/F

Kings County Ear, Nose, and Throat
451 Clarkson Avenue
BROOKLYN NY 11203
718-245-3325
Arrive at: E Building - 5th Floor

**JUL 18 2024**  **New Patient with Dr. D Casagrande**
Thursday July 18 8:00 AM

E Building - 8th Floor - Suite D

Kings County Orthopedics
451 Clarkson Avenue, E Bldg 8th FL
BrooklyN NY 11203
718-245-3325
Arrive at: E Building - 8th Floor - Suite D

**JUL 31 2024**  **New Patient with Dr. L Hope**
Wednesday July 31 1:00 PM

Arrive to B Building - 9th Floor

Kings County Endocrinology B9
451 Clarkson Avenue
Brooklyn NY 11203
718-245-3131
Arrive at: B Building - 9th Floor

# General Emergency Department Discharge Instructions

We appreciate that you chose us as your healthcare provider.

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department. If you have further questions concerning this visit please call us at the included phone number above on this form. Please keep this form and bring it with you should you need additional treatment. If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately. We are available 24 hours a day.

*It is important that you keep appointments that may have been scheduled. If you are unable to make an appointment, please call the corresponding clinic to reschedule your appointment.*

# Instructions



## Your medications have changed

➡ START taking:
**amoxicillin-clavulanate** (AUGMENTIN)

**metFORMIN** (GLUCOPHAGE)

**sodium chloride** (OCEAN)

◆ CHANGE how you take:
**glipiZIDE** (GLUCOTROL)

✖ STOP taking:
**acetaminophen** 325 MG tablet (Tylenol)

**dextromethorphan-guaiFENesin** 10-100 MG/5ML syrup (ROBITUSSIN-DM)

**ibuprofen** 600 MG tablet (MOTRIN)

**Review your updated medication list below.**

# Home Medication Information

The list of your home medications is based on the information provided by you (or your representative) during your Emergency Department visit, and/or the information contained in your medical record.  In addition, some of your home medications **may have been changed** by the Emergency Department provider who evaluated you. These changes **may** include:

- New medications
- Changes to the amount or how often you take a medication
- Discontinuation of a medication

Please review the information below carefully.  **Continue all your current medications as you are presently taking, with the exception of the following changes below.  If you have questions about any of the medications or the changes, please contact your Primary Care Physician, the Provider who prescribed the medication, or your Pharmacist.**

## Changes to Your Medication List

### START taking these medications

**amoxicillin-clavulanate** 875-125 mg tablet
Commonly known as: AUGMENTIN

Take 1 tablet by mouth every 12 (twelve) hours for 5 days.

**metFORMIN** 1000 MG tablet
Commonly known as: GLUCOPHAGE

Take 1 tablet (1,000 mg total) by mouth 2 (two) times a day with meals.

**sodium chloride** 0.65 % nasal spray
Commonly known as: OCEAN

Administer 2 sprays into each nostril 4 (four) times a day.

### CHANGE how you take these medications

**glipiZIDE** 5 MG tablet
Commonly known as: GLUCOTROL

Take 1 tablet (5 mg total) by mouth every morning before breakfast.
What changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.**

### CONTINUE taking these medications

**albuterol** 108 (90 Base) MCG/ACT inhaler

Inhale 2 puffs every 4-6 (four to six) hours as needed for wheezing.

**Alcohol Prep** Pads

1 Pad by Other route see administration instructions.

**Blood Glucose Monitor System** w/Device Kit

1 Device by Other route see administration instructions.

**BLOOD GLUCOSE TEST STRIPS** Strp

1 Box by Other route see administration instructions.



## Changes to Your Medication List (continued)

### CONTINUE taking these medications (continued)

| | |
|---|---|
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 1 tablet (10 mg total) by mouth daily as needed for allergies (for nasal congestion). |
| **Dulera** 200-5 MCG/ACT inhaler<br>Generic drug: mometasone-formoterol | Inhale 2 puffs 2 (two) times a day. |
| **Lancets** Misc | 1 Box by Other route see administration instructions. |
| **Pen Needles 3/16"** 31G X 5 MM Misc | 1 Box by Other route see administration instructions. |

> ✛ You might also be taking other medications not listed above. If you have questions about any of your other medications, talk to the person who prescribed them or your Primary Care Provider.

## STOP taking these medications



**acetaminophen** 325 MG tablet
Commonly known as: Tylenol



**dextromethorphan-guaiFENesin** 10-100 MG/5ML syrup
Commonly known as: ROBITUSSIN-DM



**ibuprofen** 600 MG tablet
Commonly known as: MOTRIN



Stay engaged with your health with **MyChart**, a free, convenient, secure online tool. With MyChart you can...Message your doctor's office... Request refills... See test results... See your visit summaries and upcoming appointments... Pay your bill.... Request financial assistance... And much more...

To sign up for MyChart, go to **http://mychart.nychealthandhospitals.org** or scan the QR code below using your smartphone's camera, click "**Sign Up Now**" and enter your personal **activation code: Z6XP6-PX6ZS**
**Expires: 7/5/2024  4:53 AM**



After you sign up, please update your MyChart **Profile** with the most up-to-date **Contact** and **Insurance** information so we can reach you and help you with your bill:

1. **Contact Information**: Go to the **Profile** tab, then click **Personal Information**, then click **Contact Information**.
2. **Insurance Information**: Go to the **Billing** tab, then click **Insurance Summary**, then click **Add a Coverage**.
3. **Insurance Enrollment Assistance**: For assistance with insurance enrollment, go to the **Billing** tab, then click **Financial Assistance**. One of our staff will reach out to you to help you enroll in insurance coverage or financial assistance, if eligible.

Additional information:
If you have questions, you can go to: **https://epicmychart.nychhc.org/help** to contact our MyChart staff. **Remember, for emergencies, always call 911 – do not use MyChart.**

## Your Treatment Plan

The treatment you have received during your visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. The information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper treatment of your condition.

# NYC Health and Hospital Virtual ExpressCare

**Introducing Virtual ExpressCare: Get Urgent Care with Just One Click**
Virtual ExpressCare is an easy way to see a doctor about health issues that are not emergencies. You can see one of our doctors in less than 5 minutes from your home. We have interpretation services in over 200 languages.

Go to Expresscare.nyc to start a video visit from your smartphone or computer. You do not need to download any applications. A NYC Health + Hospitals support hero will help you register, and a doctor will see you.

Get high quality, low-cost urgent care from anywhere! ExpressCare takes most insurance plans. If you do not have health insurance, we can help you enroll. If you do not qualify or cannot afford health insurance, we can help you get NYC Care, our health care access program.
**Visit Expresscare.nyc or call (631) 397-2273 or point your smartphone camera at the QR code to talk to a doctor now.**



# COVID-19 Message



For the latest information from NYC Health + Hospitals about COVID-19, including testing sites, vaccines, care & treatment, and more resources go to www.nychealthandhospitals.org

If you have a fever, cough, sore throat, or shortness of breath that is unrelated to an existing condition, or have questions about COVID-19 testing, please call 1-844-NYC-4NYC (1-844-692-4692).

The updated booster vaccine is now available! To make an appointment or for information about vaccines, please call 1-877-VAX-4NYC (1-877-829-4692)

Thank you for being a patient at KINGS COUNTY ADULT ED today. If your prescription was sent to the internal hospital pharmacy, please keep this paper for your records and provide to the pharmacist when you arrive. Thank you again!

**Patient EMPI:  24816168 - For Internal Pharmacy Use Only**


24816168


1024816168

# Acknowledgement of Discharge Instructions

- I understand the treatment received during this visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. I also understand the information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper ongoing treatment of my complaint/ diagnosis.

- A member of the Emergency Department staff has reviewed the discharge instructions provided to me and has answered any questions I may have had regarding these instructions.

_____

*Patient/Representative Signature*

_____

*Relationship to Patient*

_____        _____

*Date*                            *Time*

_____

*Witness*

_____        _____

*Date*                            *Time*

**Vendrix Desinor**
**CSN:** 146248977
**DOB:** 6/29/1966 male
**MRN:** 1638008
**Adm Date:** 4/6/2024



# AFTER VISIT SUMMARY



**Vendrix Desinor** DoB: 6/29/1966    📅 4/13/2024    📍 Steinberg Ambulatory Care - Emergency 646-754-7900
Emergency Department Follow-Up & Care Transition Center 212-263-6695

## Instructions

 Read the attached information
Head Injury (Adult) (English)

 Call NYU LANGONE VIRTUAL URGENT CARE today
Specialty: Urgent Care
Contact: 570 1st Avenue
New York New York 10016-6512
929-455-6409
For same day appointments, please visit nyulangone.org/
virtualurgentcare for any non-emergent medical problems you
may have. For emergencies, please call 911 or go to the nearest
emergency care location.

 Call NYU CONCUSSION CENTER today
Specialty: Neurology, General
Contact: 240 E. 38th Street
New York New York 10016-2708
855-698-2220

## What's Next

You currently have no upcoming appointments scheduled.

## Patient Demographics

Address
146-22 184TH ST
SPRINGFIELD GARDENS NY 11413

Phone
934-218-9767 (Home)
934-218-9767 (Mobile) *Preferred*

## Emergency Department Treatment Team

1. Jessica H Strauss, MD
2. Gerard Francois, PA

## Follow Up Communication

You will be contacted by the Emergency Department (ED) Follow-up and
Care Transitions Center. We want to help you with anything you may
need. We will gladly help you review your discharge instructions, assist
with doctor appointments or get medications you need. If you have any
questions or concerns about your ED visit, please call the ED Follow-up

## Today's Visit

Diagnosis
Headache, unspecified headache type

🖼 Imaging Tests
CT BRAIN WITHOUT IV CONTRAST

⚕ Medications Given
acetaminophen (TYLENOL) Last given
at 4:17 PM

 Blood
Pressure
**151/82**

 BMI
**21.52**

 Weight
**150 lb**

 Height
**5' 10"**

 Temperature
(Oral)
**98.1 °F**

 Pulse
**83**

 Respiration
**18**

 Oxygen
Saturation
**100%**

Vendrix Desinor (MRN: 1442624) (CSN: 962502061) • Printed by [SANGAA02] at 4/13/2024 4:33 PM

Epic

Page 2 of 9

and Care Transition Center. They can be reached at (212) 263-6695 between 9:00am-7:00pm.

## Your Medication List

ⓘ For your privacy, any medications your clinician marked as private are not included in this list. This message appears even if the list is complete. If you have any questions about a medication you don't see here, contact your doctor.

**\* albuterol** 90 mcg/actuation inhaler
Commonly known as: PROVENTIL HFA;VENTOLIN HFA

Inhale 2 Puffs into the lungs every 4 hours as needed.

**\* albuterol** 90 mcg/actuation inhaler
Commonly known as: PROVENTIL HFA

Inhale 2 Puffs into the lungs every 6 hours as needed for Wheezing.

**\* albuterol** 90 mcg/actuation inhaler
Commonly known as: PROVENTIL HFA

Inhale 2 Puffs into the lungs every 6 hours as needed for Wheezing.

**cyclobenzaprine** 10 mg tablet
Commonly known as: FLEXERIL

Take 1 tablet by mouth daily.

**empagliflozin** 10 mg tablet
Commonly known as: JARDIANCE

Take 10 mg by mouth.

**ibuprofen** 600 mg tablet
Commonly known as: ADVIL;MOTRIN

Take 1 tablet by mouth every 8 hours as needed.

**mometasone-formoterol** 100-5 mcg/actuation Hfaa inhaler
Commonly known as: DULERA

Inhale 2 Puffs into the lungs.

✠ **\* This list has 3 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## MyChart at NYU Langone

- Sign up for NYU Langone Health MyChart to stay connected to your care anytime and anywhere.
- You can schedule appointments, view test results, request prescription refills, send secure messages to your providers, and more.
- To enroll, download the NYU Langone Health app and select "Activate MyChart Account" on the login screen. Or you can visit https://mychart.nyulmc.org and select "Sign Up Now."
- For technical support, please call 1-866-262-6458.

Information and Instructions About My Care

Vendrix Desinor (MRN: 1442624J) (CSN: 962502061) • Printed by GRSANGAA02] at 4/13/2024 4:33 PM    Page 4 of 9    Epic

📎 Attached Information

# Head Injury (Adult)

Head Injury (Adult) (English)

You have had a head injury and it does not appear serious at this time. Symptoms of a more serious problem, such as a mild brain injury (concussion), bruising or bleeding in the brain, may appear later. For this reason, you or someone caring for you will need to watch for the symptoms listed below. Once you are home, be sure to follow any care instructions you are given.



Skull
Brain

## Home care

### Watch for the following symptoms

Seek **emergency medical care** if you have any of these symptoms over the next hours to days:

- Headache
- Nausea or vomiting
- Dizziness or a spinning sensation
- Lightheadedness
- Sensitivity to light or noise
- Unusual sleepiness or grogginess
- Trouble falling asleep
- Personality changes or moodiness
- Vision changes or inability to focus the eyes
- Memory loss
- Confusion
- Trouble walking or problems with balance;
- Clumsiness or poor coordination
- Loss of consciousness (even for a short time)
- Inability to be awakened
- Stiff neck
- Weakness or numbness in any part of the body or poor muscle control

- Leaking clear fluid from the nose or ear
- Seizures

## General care

- **If you were prescribed medicines for pain, use them as directed. Note: Do not take other medicines for pain without talking to your provider first.**
- To help reduce swelling and pain, apply a cold source to the injured area for up to 20 minutes at a time. Do this as often as directed. Use a cold pack or bag of ice wrapped in a thin towel. Never apply a cold source directly to the skin.
- If you have cuts or scrapes as a result of your head injury, care for them as directed.
- For the next 24 hours (or longer, if instructed):
  - Do not drink alcohol, use sedatives or other medicines that make you sleepy.
  - Do not drive or operate machinery.
  - Do not do anything strenuous, such as heavy lifting or straining.
  - Do not return to sports or other activities that could result in another head injury.
  - Limit tasks that require concentration. This includes reading, using a smartphone or computer, watching TV, and playing video games.
  - Don't return to sports or other activities that could result in another head injury until approved by your healthcare provider.

## Follow-up care

Follow up with your healthcare provider, or as directed. If imaging tests were done, they will be reviewed by a doctor. You will be told the results and any new findings that may affect your care.

## When to seek medical advice

Call your **healthcare provider** right away if any of these occur:

- Pain does not get better or worsens
- New or increased swelling or bruising
- Fever of 100.4°F (38°C) or higher, or as directed by your provider
- Increased redness, warmth, drainage or bleeding from the injured area
- Fluid drainage or bleeding from the nose or ears
- Any depression or bony abnormality in the injured area
- Persistent confusion or lethargy
- Personality changes
- Bruising behind the ears or bruising around the eyes

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions. This information has been modified by your health care provider with permission from the publisher.

Allergies as of 4/13/2024

| | Reactions | |
|---|---|---|
| **Eggplant** | Rash-Unknown | |
| | Rash-Unknown | |
| **Strawberries** | Rash-Unknown | |

# Results

## CT BRAIN WITHOUT IV CONTRAST

Study Result

Narrative & Impression

CLINICAL INDICATION: Trauma

TECHNIQUE: CT of the head was performed without the administration of intravenous contrast. Multiplanar (axial, sagittal, and coronal planes) were reviewed.

COMPARISON: None

FINDINGS:

BRAIN PARENCHYMA: No acute intraparenchymal hemorrhage, acute territorial infarct or mass effect.

MIDLINE SHIFT OR HERNIATION: No midline shift or herniation.

VENTRICLES: No hydrocephalus.

DURAL VENOUS SINUSES: No hyperdensity to suggest acute thrombus.

EXTRA-AXIAL SPACES (epidural, subdural, subarachnoid spaces and basal cisterns): No collections.

VISUALIZED ORBITS: Normal.

VISUALIZED PARANASAL SINUSES AND MASTOID AIR CELLS: Paranasal sinuses shows scattered inflammatory mucosal thickening, particularly causing almost complete of the cervical and thoracic appear opacification of the right maxillary sinus and also small amount of dependent fluid in the left maxillary sinus. Tympanomastoid cavities are aerated.

SOFT TISSUES: Normal.

OSSEOUS STRUCTURES: Normal.

Electronic Signature: I personally reviewed the images and agree with this report. Final Report: Dictated by  and Signed by Attending Rajan Jain MD 4/13/2024 4:17 PM

IMPRESSION:

No acute intracranial hemorrhage or any acute intracranial process.

The examination was reviewed at 4/13/2024 4:15 PM by Attending Rajan Jain MD.

## Access to Clinical Notes and Test Results

At NYU Langone Health, we believe that sharing information supports patients taking an active role in their health.   In support of this, clinical notes and test results are made available to patients in MyChart and the NYU Langone Health App, as soon as they are available.  This is in accordance with the 21st Century Cures Act, which is intended to give patients and their healthcare providers secure access to health information. ([www.healthit.gov/curesrule](www.healthit.gov/curesrule))

This means that a patient may see test results before their health care provider does.  If you do access your test results right away, please keep in mind that some results may be hard to interpret without guidance from a health care professional.  All results will be reviewed by members of your care team. They will continue to follow-up with you as they have done in the past.

**If you feel that any of the information in this summary is inaccurate, please talk with your healthcare provider.**

## Information About Medication Safety

It is important to keep an updated record of the medications you are taking, and to bring this updated list of medications every time you visit your Health Care Provider and when you come to the hospital. We want to help you in managing your medications safely after your visit or discharge. This includes the potential side effects of your medications.  If you have any questions regarding the medications you are taking, please speak to your Health Care Provider or Pharmacist.

## Finding a Physician Within NYU Langone Health

As one of the nation's premier academic medical centers, NYU Langone Health is devoted to excellence in patient care, education, and research. We are proud that our care team includes leading specialists for every condition.

Should you need assistance finding a physician or service, please visit us on our website at [https://nyulangone.org/doctors](https://nyulangone.org/doctors).

To reach us by phone:
NYU Langone Physician Referral Services – (855) 314-2978
NYU Langone Orthopedic Hospital – (888) 453-3627
Family Health Centers at NYU Langone – (718) 630-7942

Additional resources include:

If you or someone you know is struggling or in crisis, help is available. Call or text 988 or chat [988lifeline.org](988lifeline.org)
NYC Suicide Hotline – **(888) 692-9355**

## Have questions about your bills?

Our physician and hospital customer service representatives are available to answer any billing questions:  [https://nyulangone.org/insurance-billing-financial-assistance](https://nyulangone.org/insurance-billing-financial-assistance)
Physician Billing: 1 - 877 - 648 - 2964
Hospital Billing:  1 - 800 - 237 - 6977

Vendrix Desinor (MRN: 1442624J) (CSN: 962505061) • Printed by [SANGAA02] at 4/13/2024 4:33 PM    Page 8 of 9    Epic

# NYU Financial Counseling Service

Patient Financial Counselors are available to discuss any outstanding financial responsibilities not covered by insurance. Financial Counselors can assist you in applying for Government-sponsored programs or NYU Hospitals Center's Financial Assistance program.

Location:    Skirball Institute lobby, across from the cashier, Tisch Hospital
Hours:  Monday - Friday, 9:00 AM - 5:00 PM
Toll Free Telephone:  1-866-486-9847

## Please come back to the Emergency Department if:

- You do not feel better
- You feel worse
- You have any other medical concerns

If you do not have a primary care physician, please call: 855-314-2978 for a referral.

## Additional NYU Langone Health Resources & Care Options

### ED Follow-up and Care Transition Center:

You will be contacted by the Emergency Department (ED) Follow-up and Care Transitions Center. We want to help you with anything you may need. We will gladly help you review your discharge instructions, assist with doctor appointments or get medications you need. If you have any questions or concerns about your ED visit, please call the ED Follow-up and Care Transition Center. They can be reached at (212) 263-6695 between 9:00am-7:00pm.

### Virtual Urgent Care:

Adults and children (age 5 and older) can video chat with a care provider while at home, work, or on the go. This service is for patients who have minor medical conditions. It is not for emergencies. Virtual urgent care doctors treat a variety of minor complaints, including cough, sore throat, flu-like symptoms and more. Visit https://nyulangone.org/locations/virtual-urgent-care to learn more.

### Urgent Care:

If you are experiencing an injury or illness and are unable to get an appointment with your doctor, NYU Langone has several urgent care options to ensure you get the care you need as quickly and conveniently as possible. This service is for patients who have minor medical conditions. It is not for emergencies. Our doctors are available for extended hours during the week, as well as on the weekend. They are able to perform minor procedures, bloodwork, and imaging services. Visit https://nyulangone.org/locations/urgent-care to learn more.

## Important Notice To All Patients

The examination and treatment(s) you received in our ED have been delivered on an emergency basis. Sometimes, these treatments are not a substitute for complete and ongoing evaluation and medical treatment. It is vital that you arrange for follow-up care with your physician/clinic you were referred to. Report any new or remaining problems at that time because it is difficult to recognize and treat all types of injury or disease in a single ED visit.

If your symptoms continue, get worse or change, you may need more immediate attention. You may need to see your physician or the referral physician. If they are unavailable or if you feel you cannot wait to be seen, return to the ED Our department is always open and available if you need to come back.

Please ensure that the contact information provided upon Emergency Department registration is accurate in case the need should arise for us to contact you. For information and further instructions on obtaining your medical records, including results and final radiology reports, access your MyChart account.

## Radiology Disclaimer

If you had an X-ray, CAT scan, Ultrasound or MRI today, the Emergency Department (ED) interpretation may have been a preliminary reading. A radiology specialist will formally review the exam by the next day following your ED visit. If there is a discrepancy or a change from today's Emergency department reading, you will be notified. In addition, due to the complexities of radiologic examinations, the radiologist's final report may note incidental findings that were not noted during your ED visit. Incidental findings are findings that are discovered, which do not necessarily have clinical significance but may require further evaluation. We suggest you view your images and final radiology report by accessing your MyChart account.

## Signatures

Patient Signature: _____

Date: _____        Time: _____


Signature of Discharging Clinician _____ Title: _____

Printed Name of Discharging Clinician_____

Date: _____        Time: _____

# AFTER VISIT SUMMARY


**NYU Langone Health**

**Vendrix Desinor** DoB: 6/29/1966    📅 4/22/2024  📍 Steinberg Ambulatory Care - Emergency 646-754-7900
Emergency Department Follow-Up & Care Transition Center 212-263-6695

## Instructions

 Read the attached information
Headaches, Self-Care for (English)

 Referrals made today
Referral to Neurology
Expires: 4/23/2025 (requested)

Referral to Ophthalmology
Expires: 4/23/2025 (requested)

## What's Next

You currently have no upcoming appointments scheduled.

## Patient Demographics

**Address**
146-22 184TH ST
SPRINGFIELD
GARDENS NY 11413

**Phone**
934-218-9767
(Home)
934-218-9767
(Mobile) *Preferred*

**E-mail Address**
Vendrizvesinor1@gmail.com

## Emergency Department Treatment Team

1. John N Wilder, MD
2. Elizabeth Hooghuis, PA

## Follow Up Communication

You will be contacted by the Emergency Department (ED) Follow-up and Care Transitions Center. We want to help you with anything you may need. We will gladly help you review your discharge instructions, assist with doctor appointments or get medications you need. If you have any questions or concerns about your ED visit, please call the ED Follow-up and Care Transition Center. They can be reached at (212) 263-6695 between 9:00am-7:00pm.

---

## Today's Visit

**Diagnosis**
Generalized headache

⚕ **Medications Given**
acetaminophen (TYLENOL) Last given at 11:57 PM
ketorolac (TORADOL) Last given at 11:42 PM
tetracaine (PONTOCAINE) Last given at 11:43 PM

| | | | |
|---|---|---|---|
| Blood Pressure **129/77** | | BMI **22.24** | |
| Weight **155 lb** | | Height **5' 10"** | |
| Temperature (Oral) **98.4 °F** | | Pulse **87** | |
| Respiration **18** | | Oxygen Saturation **100%** | |

---

# Your Medication List

ⓘ For your privacy, any medications your clinician marked as private are not included in this list. This message appears even if the list is complete. If you have any questions about a medication you don't see here, contact your doctor.

| | | |
|---|---|---|
| * **albuterol** 90 mcg/actuation inhaler<br>Commonly known as: PROVENTIL HFA;VENTOLIN HFA | Inhale 2 Puffs into the lungs every 4 hours as needed. | |
| * **albuterol** 90 mcg/actuation inhaler<br>Commonly known as: PROVENTIL HFA<br>for Wheezing. | Inhale 2 Puffs into the lungs every 6 hours as needed | |
| * **albuterol** 90 mcg/actuation inhaler<br>Commonly known as: PROVENTIL HFA<br>for Wheezing. | Inhale 2 Puffs into the lungs every 6 hours as needed | |
| **cyclobenzaprine** 10 mg tablet<br>Commonly known as: FLEXERIL | Take 1 tablet by mouth daily. | |
| **empagliflozin** 10 mg tablet<br>Commonly known as: JARDIANCE | Take 10 mg by mouth. | |
| **ibuprofen** 600 mg tablet<br>Commonly known as: ADVIL;MOTRIN | Take 1 tablet by mouth every 8 hours as needed. | |
| **mometasone-formoterol** 100-5 mcg/actuation Hfaa inhaler<br>Commonly known as: DULERA | Inhale 2 Puffs into the lungs. | |

◆ * This list has 3 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

# MyChart at NYU Langone

- Sign up for NYU Langone Health MyChart to stay connected to your care anytime and anywhere.
- You can schedule appointments, view test results, request prescription refills, send secure messages to your providers, and more.
- To enroll, download the NYU Langone Health app and select "Activate MyChart Account" on the login screen. Or you can visit https://mychart.nyulmc.org and select "Sign Up Now".
- For technical support, please call 1-866-262-6458.

Information and Instructions About My Care

Attached Information

## Self-Care for Headaches

Most headaches are not serious and can be relieved with self-care. Some headaches may be a sign of another health problem like eye trouble or high blood pressure. To find the best treatment, learn what kind of headaches you get. For tension headaches, self-care will usually help. To treat migraines, ask your healthcare provider for advice. It is also possible to get both tension and migraine headaches. Self-care involves relieving the pain and avoiding headache "triggers" if you can.

## Ways to reduce pain and tension

Try these steps:

- Apply a cold compress or ice pack to the pain site
- Drink fluids. If nausea makes it hard to drink, try sucking on ice
- Rest. Protect yourself from bright light and loud noises
- Calm your emotions by imagining a peaceful scene
- Massage tight neck, shoulder and head muscles
- To relax muscles, soak in a hot bath or use a hot shower

## Use medicines

- Aspirin or aspirin substitutes, such as ibuprofen (Motrin) and acetaminophen (Tylenol), can relieve headache.
- Remember: Never give aspirin to anyone 18 years old or younger because of the risk of developing Reyes syndrome.
- Use pain medicines only when necessary.

## Track your headaches

Keeping a headache diary can help you and your healthcare provider identify what is causing your headaches:

- Note when each headache happens.
- Identify your activities and the foods you've eaten 6 to 8 hours before the headache began.
- Look for any trends or "triggers."

## Signs of tension headache

These may include:

- Dull pain or feeling of pressure in a tight band around your head
- Pain in your neck or shoulders
- Headache without a definite beginning or end
- Headache after an activity such as driving or working on a computer

## Signs of migraine

These may include:

- Throbbing pain on one or both sides of your head
- Nausea or vomiting
- Extreme sensitivity to light, sound, and smells
- Bright spots, flashes, or other visual changes
- Pain or nausea so severe that you cannot continue your daily activities



Vendrix Desiner (MRN: 1442626243) (CSN: 963773747) • Printed by LEVINM21) at 4/23/2024 12:15 AM • Epic     Page 4 of 7

## Call your healthcare provider

If you have any of the following symptoms, contact your healthcare provider:

- A headache that lingers after a recent injury or bump to the head.
- A fever with a stiff neck or pain when you bend your head toward your chest.
- A headache for longer than 3 days.
- Frequent headaches, especially in the morning.

**Call 911 right away**

- Headaches with seizures
- Seek immediate medical attention if you have a headache that you would call "the worst headache you have ever had."
- A headache along with slurred speech, changes in your vision, or numbness or weakness in your arms or legs.

© 2000-2019 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions. This information has been modified by your health care provider with permission from the publisher.

## Allergies as of 4/23/2024

| | Reactions |
|---|---|
| **Eggplant** | Rash-Unknown |
| **Strawberries** | Rash-Unknown |

## Access to Clinical Notes and Test Results

At NYU Langone Health, we believe that sharing information supports patients taking an active role in their health.   In support of this, clinical notes and test results are made available to patients in MyChart and the NYU Langone Health App, as soon as they are available. This is in accordance with the 21st Century Cures Act, which is intended to give patients and their healthcare providers secure access to health information. (www.healthit.gov/curesrule)

This means that a patient may see test results before their health care provider does. If you do access your test results right away, please keep in mind that some results may be hard to interpret without guidance from a health care professional. All results will be reviewed by members of your care team. They will continue to follow-up with you as they have done in the past.

**If you feel that any of the information in this summary is inaccurate, please talk with your healthcare provider.**

## Information About Medication Safety

It is important to keep an updated record of the medications you are taking, and to bring this updated list of medications every time you visit your Health Care Provider and when you come to the hospital. We want to help you in managing your medications safely after your visit or discharge. This includes the potential side effects of your medications. If you have any questions regarding the medications you are taking, please speak to your Health Care Provider or Pharmacist.

# Finding a Physician Within NYU Langone Health

As one of the nation's premier academic medical centers, NYU Langone Health is devoted to excellence in patient care, education, and research. We are proud that our care team includes leading specialists for every condition.

Should you need assistance finding a physician or service, please visit us on our website at https://nyulangone.org/doctors.

To reach us by phone:
NYU Langone Physician Referral Services – (855) 314-2978
NYU Langone Orthopedic Hospital – (888) 453-3627
Family Health Centers at NYU Langone – (718) 630-7942

Additional resources include:

If you or someone you know is struggling or in crisis, help is available. Call or text 988 or chat 988lifeline.org
NYC Suicide Hotline – **(888) 692-9355**

# Have questions about your bills?

Our physician and hospital customer service representatives are available to answer any billing questions: https://nyulangone.org/insurance-billing-financial-assistance
Physician Billing: 1 - 877 - 648 - 2964
Hospital Billing: 1 - 800 - 237 - 6977

# NYU Financial Counseling Service

Patient Financial Counselors are available to discuss any outstanding financial responsibilities not covered by insurance. Financial Counselors can assist you in applying for Government-sponsored programs or NYU Hospitals Center's Financial Assistance program.

Location:    Skirball Institute lobby, across from the cashier, Tisch Hospital
Hours:  Monday - Friday, 9:00 AM - 5:00 PM
Toll Free Telephone:  1-866-486-9847

# Please come back to the Emergency Department if:

- You do not feel better
- You feel worse
- You have any other medical concerns

If you do not have a primary care physician, please call: 855-314-2978 for a referral.

# Additional NYU Langone Health Resources & Care Options

**ED Follow-Up and Care Transition Center:**

You will be contacted by the Emergency Department (ED) Follow-up and Care Transitions Center. We want to help you with anything you may need. We will gladly help you review your discharge instructions, assist with doctor appointments or get medications you need. If you have any questions or concerns about your ED visit, please call the ED Follow-up and Care Transition Center. They can be reached at (212) 263-6695 between 9:00am-7:00pm.

**Virtual Urgent Care:**

Adults and children (age 5 and older) can video chat with a care provider while at home, work, or on the go. This service is for patients who have minor medical conditions. It is not for emergencies. Virtual urgent care doctors treat a variety of minor complaints, including cough, sore throat, flu-like symptoms and more. Visit https://nyulangone.org/locations/virtual-urgent-care to learn more.

**Urgent Care:**

If you are experiencing an injury or illness and are unable to get an appointment with your doctor, NYU Langone has several urgent care options to ensure you get the care you need as quickly and conveniently as possible. This service is for patients who have minor medical conditions. It is not for emergencies. Our doctors are available for extended hours during the week, as well as on the weekend. They are able to perform minor procedures, bloodwork, and imaging services. Visit https://nyulangone.org/locations/urgent-care to learn more.

## Important Notice To All Patients

The examination and treatment(s) you received in our ED have been delivered on an emergency basis. Sometimes, these treatments are not a substitute for complete and ongoing evaluation and medical treatment. It is vital that you arrange for follow-up care with your physician/clinic you were referred to. Report any new or remaining problems at that time because it is difficult to recognize and treat all types of injury or disease in a single ED visit.

If your symptoms continue, get worse or change, you may need more immediate attention. You may need to see your physician or the referral physician. If they are unavailable or if you feel you cannot wait to be seen, return to the ED Our department is always open and available if you need to come back.

Please ensure that the contact information provided upon Emergency Department registration is accurate in case the need should arise for us to contact you. For information and further instructions on obtaining your medical records, including results and final radiology reports, access your MyChart account.

## Radiology Disclaimer

If you had an X-ray, CAT scan, Ultrasound or MRI today, the Emergency Department (ED) interpretation may have been a preliminary reading. A radiology specialist will formally review the exam by the next day following your ED visit. If there is a discrepancy or a change from today's Emergency department reading, you will be notified. In addition, due to the complexities of radiologic examinations, the radiologist's final report may note incidental findings that were not noted during your ED visit. Incidental findings are findings that are discovered, which do not necessarily have clinical significance but may require further evaluation. We suggest you view your images and final radiology report by accessing your MyChart account.

## Signatures

Patient Signature: _____

Date: _____        Time: _____


Signature of Discharging Clinician _____ Title: _____

Printed Name of Discharging Clinician_____

Date: _____        Time: _____

# AFTER VISIT SUMMARY

 NYC HEALTH+HOSPITALS | **Kings County**

**Vendrix Desinor**  MRN: 1638008      📅 4/1/2024  📍 Kings County Adult ED 718-245-4617

## Instructions

You were seen in the Kings County Emergency Department for evaluation of Asthma exacerbation. Here, we performed a history and physical exam, lab work, and imaging, which suggests that your symptoms are due to Asthma. Our workup did not show any concerning features for which we would need to keep you in the hospital.

Please follow up with your primary care physician within the next week.

Please take your medications as prescribed.

Return to the ER immediately if your symptoms worsen. Refer to the attached handout for additional return precautions.

Thank you for choosing us for your care.

---

 **Read the attached information**
ASTHMA  ADULT  EASY-TO-READ (ENGLISH)

---

 **Ambulatory Referral to Med Primary Care (MPC)**
Where: Kings County Primary Care
Address: 451 CLARKSON AVENUE BROOKLYN NY 11203
Phone: 718-245-3325
Expires: 4/1/2025 (requested)
Pcp FOLLOW UP ABOUT ASTHMA.

---

## Today's Visit

You were seen by Dr. J Meldrum and Dr. J Pierre-Charles

**Reason for Visit**
- Cough
- Chest Pain
- Asthma
- Shortness of Breath

**Diagnoses**
- Moderate persistent asthma with exacerbation
- Moderate asthma with acute exacerbation, unspecified whether persistent
- Simple chronic bronchitis (HCC)

## Today's Visit (continued)

### ⚗ Lab Tests Completed
Blood Gas/Chem Coox Lactate Venous
CBC and Differential
Comprehensive Metabolic Panel
Critical Tracking-Chemistry (REFLEX)
Poc Glucose Capillary

### ⚗ Lab Tests in Progress
HIV AG/AB Screen By CMIA

### 🔬 Imaging Tests
DX Chest 2 Views
ECG 12 Lead

### ⚕ Medications Given
acetaminophen (TYLENOL) Last given at 2:08 PM
albuterol (PROVENTIL) Last given at 10:45 AM
albuterol (PROVENTIL) Last given at 2:25 PM
dexamethasone (DECADRON) Last given at 10:29 AM
dextromethorphan-guaiFENesin (ROBITUSSIN-DM) Last given at 12:01 PM
ipratropium (ATROVENT) Last given at 10:45 AM
ipratropium (ATROVENT) Last given at 2:25 PM
magnesium sulfate Stopped at 2:33 PM
ondansetron (ZOFRAN) Last given at 1:50 PM
sodium chloride Stopped at 2:33 PM

## What's Next

| | | |
|---|---|---|
| JUL 31 2024 | **New Patient with Dr. L Hope** Wednesday July 31 1:00 PM Arrive to B Building - 9th Floor | Kings County Endocrinology B9 451 Clarkson Avenue Brooklyn NY 11203 718-245-3131 Arrive at: B Building - 9th Floor |

## General Emergency Department Discharge Instructions

We appreciate that you chose us as your healthcare provider.

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department. If you have further questions concerning this visit please call us at the included phone number above on this form. Please keep this form and bring it with you should you need additional treatment. If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately. We are available 24 hours a day.

*It is important that you keep appointments that may have been scheduled. If you are unable to make an appointment, please call the corresponding clinic to reschedule your appointment.*

# Instructions

 **Talk with your provider about your medications**

❓ ASK how to take:

**acetaminophen** 325 MG tablet (Tylenol)

**albuterol** 108 (90 Base) MCG/ACT inhaler

**Alcohol Prep** Pads

**Blood Glucose Monitor System** w/Device Kit

**BLOOD GLUCOSE TEST STRIPS** Strp

**budesonide-formoterol 80-4.5 MCG/ACT** 80-4.5 MCG/ACT inhaler (Symbicort)

**cetirizine** 10 MG tablet (ZyrTEC)

**Dulera** 200-5 MCG/ACT inhaler (mometasone-formoterol)

**glipiZIDE** 5 MG tablet (GLUCOTROL)

**ibuprofen** 600 MG tablet (MOTRIN)

**Lancets** Misc

**Pen Needles 3/16"** 31G X 5 MM Misc

Review your updated medication list below.

# Home Medication Information

The list of your home medications is based on the information provided by you (or your representative) during your Emergency Department visit, and/or the information contained in your medical record.  In addition, some of your home medications **may have been changed** by the Emergency Department provider who evaluated you. These changes **may** include:

- New medications
- Changes to the amount or how often you take a medication
- Discontinuation of a medication

Please review the information below carefully.  **Continue all your current medications as you are presently taking, with the exception of the following changes below.  If you have questions about any of the medications or the changes, please contact your Primary Care Physician, the Provider who prescribed the medication, or your Pharmacist.**

# Changes to Your Medication List

You have not been prescribed any medications.

# NYC Health and Hospital Virtual ExpressCare

**Introducing Virtual ExpressCare: Get Urgent Care with Just One Click**
Virtual ExpressCare is an easy way to see a doctor about health issues that are not emergencies. You can see one of our doctors in less than 5 minutes from your home. We have interpretation services in over 200 languages.

Go to Expresscare.nyc to start a video visit from your smartphone or computer. You do not need to download any applications. A NYC Health + Hospitals support hero will help you register, and a doctor will see you.

Get high quality, low-cost urgent care from anywhere! ExpressCare takes most insurance plans. If you do not have health insurance, we can help you enroll. If you do not qualify or cannot afford health insurance, we can help you get NYC Care, our health care access program.
**Visit Expresscare.nyc or call (631) 397-2273 or point your smartphone camera at the QR code to talk to a doctor now.**



# COVID-19 Message



For the latest information from NYC Health + Hospitals about COVID-19, including testing sites, vaccines, care & treatment, and more resources go to www.nychealthandhospitals.org

If you have a fever, cough, sore throat, or shortness of breath that is unrelated to an existing condition, or have questions about COVID-19 testing, please call 1-844-NYC-4NYC (1-844-692-4692).

The updated booster vaccine is now available! To make an appointment or for information about vaccines, please call 1-877-VAX-4NYC (1-877-829-4692)

📝 Attached Information                    ASTHMA ADULT EASY-TO-READ (ENGLISH)

## Asthma, Adult



Asthma is a condition that causes swelling and narrowing of the airways. These are the passages that lead from the nose and mouth down into the lungs. When asthma symptoms get worse it is called an asthma attack or flare. This can make it hard to breathe. Asthma flares can range from minor to life-threatening. There is no cure for asthma, but medicines and lifestyle changes can help to control it.

## What are the causes?

It is not known exactly what causes asthma, but certain things can cause asthma symptoms to get worse (*triggers*).

**What can trigger an asthma attack?**

- Cigarette smoke.
- Mold.
- Dust.
- Your pet's skin flakes (*dander*).
- Cockroaches.
- Pollen.
- Air pollution (like household cleaners, wood smoke, smog, or chemical odors).

## What are the signs or symptoms?

- Trouble breathing (*shortness of breath*).
- Coughing.
- Making high-pitched whistling sounds when you breathe, most often when you breathe out (*wheezing*).
- Chest tightness.
- Tiredness with little activity.
- Poor exercise tolerance.

## How is this treated?

- Controller medicines that help prevent asthma symptoms.
- Fast-acting reliever or rescue medicines. These give short-term relief of asthma symptoms.
- Allergy medicines if your attacks are brought on by allergens.
- Medicines to help control the body's defense (*immune*) system.
- Staying away from the things that cause asthma attacks.

# Follow these instructions at home:

**Avoiding triggers in your home**

- **Do not** allow anyone to smoke in your home.
- Limit use of fireplaces and wood stoves.
- Get rid of pests (such as roaches and mice) and their droppings.
- Keep your home clean.
  - Clean your floors. Dust regularly. Use cleaning products that do not smell.
  - Wash bed sheets and blankets every week in hot water. Dry them in a dryer.
  - Have someone vacuum when you are not home.
  - Change your heating and air conditioning filters often.
- Use blankets that are made of polyester or cotton.

**General instructions**

- Take over-the-counter and prescription medicines only as told by your doctor.
- **Do not** smoke or use any products that contain nicotine or tobacco. If you need help quitting, ask your doctor.
  - Stay away from secondhand smoke.
- Avoid doing things outdoors when allergen counts are high and when air quality is low.
- Warm up before you exercise. Take time to cool down after exercise.
- Use a peak flow meter as told by your doctor. A peak flow meter is a tool that measures how well your lungs are working.
  - Keep track of the peak flow meter's readings. Write them down.
- Follow your asthma action plan. This is a written plan for taking care of your asthma and treating your attacks.
- Make sure you get all the shots (*vaccines*) that your doctor recommends. Ask your doctor about a flu shot and a pneumonia shot.
- Keep all follow-up visits.

# Contact a doctor if:

- You have wheezing, shortness of breath, or a cough even while taking medicine to prevent attacks.
- The mucus you cough up (*sputum*) is thicker than usual.
- The mucus you cough up changes from clear or white to yellow, green, gray, or is bloody.
- You have problems from the medicine you are taking, such as:
  - A rash.
  - Itching.
  - Swelling.
  - Trouble breathing.
- You need reliever medicines more than 2–3 times a week.
- Your peak flow reading is still at 50–79% of your personal best after following the action plan for 1 hour.
- You have a fever.

# Get help right away if:

- You seem to be worse and are not responding to medicine during an asthma attack.

- You are short of breath even at rest.
- You get short of breath when doing very little activity.
- You have trouble eating, drinking, or talking.
- You have chest pain or tightness.
- You have a fast heartbeat.
- Your lips or fingernails start to turn blue.
- You are light-headed or dizzy, or you faint.
- Your peak flow is less than 50% of your personal best.
- You feel too tired to breathe normally.

**These symptoms may be an emergency. Get help right away. Call 911.**

- **Do not wait to see if the symptoms will go away.**
- **Do not drive yourself to the hospital.**

## Summary

- Asthma is a long-term (*chronic*) condition in which the airways get tight and narrow. An asthma attack can make it hard to breathe.
- Asthma cannot be cured, but medicines and lifestyle changes can help control it.
- Make sure you understand how to avoid triggers and how and when to use your medicines.
- Avoid things that can cause allergy symptoms (*allergens*). These include animal skin flakes (*dander*) and pollen from trees or grass.
- Avoid things that pollute the air. These may include household cleaners, wood smoke, smog, or chemical odors.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 09/26/2022 Document Reviewed: 09/26/2022
Elsevier Patient Education © 2023 Elsevier Inc.

Thank you for being a patient at KINGS COUNTY ADULT ED today. If your prescription was sent to the internal hospital pharmacy, please keep this paper for your records and provide to the pharmacist when you arrive. Thank you again!

**Patient EMPI: 24816168 - For Internal Pharmacy Use Only**



24816168



1024816168

ARREST
TIME  WAPP CON
EMS  ( GEORGE )
Hospital
Discharge
(S)

1
1 2 3 X 1
4 3 3 (4)

ESt4(GO
INVoice office



# AFTER VISIT SUMMARY

**Vendrix Desinor** DoB: 6/29/1966    📅 5/8/2024   📍 Steinberg Ambulatory Care - Emergency 646-754-7900
Emergency Department Follow-Up & Care Transition Center 212-263-6695

## Instructions



Your medications have changed

⊕ START taking:
**acetaminophen** (TYLENOL EXTRA STRENGTH)
**amoxicillin-clavulanate** (AUGMENTIN)

↻ CONTINUE taking your other medications
**Review your updated medication list below.**



Read the attached information
Viral Syndrome (Adult) (English)



Pick up these medications at Kings Drug and Surgical
492 Clarkson Ave, Brooklyn, NY 11203 718-363-3300
718-363-2949

acetaminophen • amoxicillin-clavulanate

Address: 492 Clarkson Ave, Brooklyn NY 11203
Phone:  718-363-3300

## What's Next

You currently have no upcoming appointments scheduled.

## Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|
| 146-22 184TH ST | 934-218-9767 | Vendrizvesinor1@gmail.com |
| SPRINGFIELD | (Home) | |
| GARDENS NY 11413 | 646-500-4470 | |
| | (Mobile) *Preferred* | |

## Emergency Department Treatment Team

1. Jeanette Guzman, MD
2. Donna Chung, PA

## Follow Up Communication

## Today's Visit

### Diagnoses
- Right ear pain
- Viral syndrome

### ⚗ Lab Tests Completed
COVID-19 AND INFLUENZA A/B AND
RSV BY NAAT (PCR,TMA)

### 🖼 Imaging Tests
XR CHEST

### ⚕ Medications Given
**acetaminophen** (TYLENOL) Last given
at 10:00 AM
**albuterol** (PROVENTIL HFA;VENTOLIN
HFA) Last given at 10:00 AM
**ibuprofen** (ADVIL;MOTRIN) Last given
at 10:01 AM
**pseudoePHEDrine** (SUDAFED) Last
given at 10:02 AM

| | Blood Pressure | | BMI |
|---|---|---|---|
| | **144/83** | | **22.24** |
| | Weight | | Height |
| | **155 lb** | | **5' 10"** |
| | Temperature (Oral) | | Pulse |
| | **98.1 °F** | | **76** |
| | Respiration | | Oxygen Saturation |
| | **18** | | **100%** |

Vendrix Desinor (MRN: 1442626243) (CSN: 966060460) • Printed by SMALLJO71 at 5/8/2024 10:45 AM      Page 2 of 11      Epic

You will be contacted by the Emergency Department (ED) Follow-up and Care Transitions Center. We want to help you with anything you may need. We will gladly help you review your discharge instructions, assist with doctor appointments or get medications you need. If you have any questions or concerns about your ED visit, please call the ED Follow-up and Care Transition Center. They can be reached at (212) 263-6695 between 9:00am-7:00pm.

# Your Medication List

(i) For your privacy, any medications your clinician marked as private are not included in this list. This message appears even if the list is complete. If you have any questions about a medication you don't see here, contact your doctor.

**acetaminophen** 500 mg tablet
Commonly known as: TYLENOL EXTRA STRENGTH

→ START

Take 2 tablets by mouth every 6 hours as needed for Headaches for up to 15 days. Maximum dose of acetaminophen is 4000 mg from all sources in 24 hours.

---

**\* albuterol** 90 mcg/actuation inhaler
Commonly known as: PROVENTIL HFA;VENTOLIN HFA

Inhale 2 Puffs into the lungs every 4 hours as needed.

---

**\* albuterol** 90 mcg/actuation inhaler
Commonly known as: PROVENTIL HFA

Inhale 2 Puffs into the lungs every 6 hours as needed for Wheezing.

---

**\* albuterol** 90 mcg/actuation inhaler
Commonly known as: PROVENTIL HFA

Inhale 2 Puffs into the lungs every 6 hours as needed for Wheezing.

---

**amoxicillin-clavulanate** 875-125 mg tablet
Commonly known as: AUGMENTIN

→ START

Take 1 tablet by mouth every 12 hours for 7 days.

---

**cyclobenzaprine** 10 mg tablet
Commonly known as: FLEXERIL

Take 1 tablet by mouth daily.

---

**empagliflozin** 10 mg tablet
Commonly known as: JARDIANCE

Take 10 mg by mouth.

---

**ibuprofen** 600 mg tablet
Commonly known as: ADVIL;MOTRIN

Take 1 tablet by mouth every 8 hours as needed.

---

**mometasone-formoterol** 100-5 mcg/actuation
Hfaa inhaler
Commonly known as: DULERA

Inhale 2 Puffs into the lungs.

---

⚖ **\* This list has 3 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

# MyChart at NYU Langone

- Sign up for NYU Langone Health MyChart to stay connected to your care anytime and anywhere.
- You can schedule appointments, view test results, request prescription refills, send secure messages to your providers, and more.
- To enroll, download the NYU Langone Health app and select "Activate MyChart Account" on the login screen. Or you can visit https://mychart.nyulmc.org and select "Sign Up Now."
- For technical support, please call 1-866-262-6458.



Vendrix Desinor (MRN: 14426243) (CSN: 966060460) • Printed by [SMMALLJO7] at 5/8/2024 10:45 AM

Epic    Page 4 of 11

Information and Instructions About My Care

 | MYCHART

Stay engaged with your health with **MyChart**, a free, convenient, secure online tool. With MyChart you can…Message your doctor's office… Request refills… See test results… See your visit summaries and upcoming appointments… Pay your bill…. Request financial assistance… And much more…

To sign up for MyChart, go to **http://mychart.nychealthandhospitals.org** or scan the QR code below using your smartphone's camera, click "**Sign Up Now**" and enter your personal **activation code: 4KK4R-S5SSK**
**Expires: 4/4/2024  2:24 PM**



After you sign up, please update your MyChart **Profile** with the most up-to-date **Contact** and **Insurance** information so we can reach you and help you with your bill:

1. **Contact Information**: Go to the **Profile** tab, then click **Personal Information**, then click **Contact Information**.
2. **Insurance Information**: Go to the **Billing** tab, then click **Insurance Summary**, then click **Add a Coverage**.
3. **Insurance Enrollment Assistance**: For assistance with insurance enrollment, go to the **Billing** tab, then click **Financial Assistance**. One of our staff will reach out to you to help you enroll in insurance coverage or financial assistance, if eligible.

Additional information:
If you have questions, you can go to: **https://epicmychart.nychhc.org/help** to contact our MyChart staff. **Remember, for emergencies, always call 911 – do not use MyChart.**

## Your Treatment Plan

The treatment you have received during your visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. The information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper treatment of your condition.

📎 Attached Information

## Viral Syndrome (Adult)

A viral illness may cause a number of symptoms. The symptoms depend on the part of the body that the virus affects. If it settles in your nose, throat, and lungs, it may cause cough, sore throat, congestion, and sometimes headache. If it settles in your stomach and intestinal tract, it may cause vomiting and diarrhea. Sometimes it causes vague symptoms like "aching all over," feeling tired, loss of appetite, or fever.

A viral illness usually lasts 1 to 2 weeks, but sometimes it lasts longer. In some cases, a more serious infection can look like a viral syndrome in the first few days of the illness. You may need another exam and additional tests to know the difference. Watch for the warning signs listed below.

## Home care

Follow these guidelines for taking care of yourself at home:

- If symptoms are severe, rest at home for the first 2 to 3 days.
- Stay away from cigarette smoke - both your smoke and the smoke from others.
- You may use over-the-counter acetaminophen or ibuprofen for fever, muscle aching, and headache, unless another medicine was prescribed for this. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines. No one who is younger than 18 and ill with a fever should take aspirin. It may cause severe disease or death.
- Your appetite may be poor, so a light diet is fine. Avoid dehydration by drinking 8 to 12 8-ounce glasses of fluids each day. This may include water; orange juice; lemonade; apple, grape, and cranberry juice; clear fruit drinks; electrolyte replacement and sports drinks; and decaffeinated teas and coffee. If you have been diagnosed with a kidney disease, ask your doctor how much and what types of fluids you should drink to prevent dehydration. If you have kidney disease, drinking too much fluid can cause it build up in the your body and be dangerous to your health.
- Over-the-counter remedies won't shorten the length of the illness but may be helpful for cough, sore throat; and nasal and sinus congestion. Don't use decongestants if you have high blood pressure.

## Follow-up care

Follow up with your healthcare provider if you do not improve over the next week.

## Call 911

Call 911 if any of the following occur:

- Convulsion
- Feeling weak, dizzy, or like you are going to faint
- Chest pain, shortness of breath, wheezing, or difficulty breathing

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Cough with lots of colored sputum (mucus) or blood in your sputum
- Chest pain, shortness of breath, wheezing, or difficulty breathing
- Severe headache; face, neck, or ear pain
- Severe, constant pain in the lower right side of your belly (abdominal)

Vendrix Desinor (MRN: 1442624321) (CSN: 966060460) • Printed by RSMALLJ07] at 5/8/2024 10:45 AM   Epic   Page 6 of 11

# Allergies as of 5/8/2024

| | Reactions |
|---|---|
| **Eggplant** | Rash-Unknown |
| **Strawberries** | Rash-Unknown |

# Lab Results

## COVID-19 AND INFLUENZA A/B AND RSV BY NAAT (PCR, TMA) (Final result)

| Collection Time Result Time | | | COV2RNANAPCR COV2TARTCT INFLUABPCR | | RSVPCR | | COV2RNACOMM |
|---|---|---|---|---|---|---|---|
| 05/08/24 09:08:00 | 05/08/24 10:12:28 | Not-Detected 0.0 | Negative | Negative | Negative | Negative | Testing was performed using the Cepheid SARS-CoV-2 qualitative test (NAAT) for acid amplification detection of SARS-CoV-2 and/or other viral RNA in upper respiratory specimens under an Emergency Use Authorization (EUA) by the FDA. Please note that the cycle threshold (Ct) values for positive results are not quantitative viral loads. If provided, they are not comparable | SARS-CoV-2 RT-PCR assay. | See note below |

- Continued vomiting (can't keep liquids down)
- Frequent diarrhea (more than 5 times a day); blood (red or black color) or mucus in diarrhea
- Feeling weak, dizzy, or like you are going to faint
- Extreme thirst
- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider

**Date Last Reviewed:** 9/25/2015

© 2000-2017 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

| Collection Time | Result Time | COV2RNAPCR | COV2TAR1CT | INFLUAPCR | INFLUBPCR | RSVPCR | COV2RNACOMM |
|---|---|---|---|---|---|---|---|
| | | | | | | | between tests and may be dependent on various factors such as the type and quality of specimen, time of collection, sample storage and transport conditions, etc. A low Ct value is generally considered to indicate a higher viral load in a patient specimen. Currently, there is no consensus as to whether or not particular Ct values correlate with a person being or not being infectious or risk level for disease severity. In conjunction with COVID-19 serology, cycle threshold may be used in certain patients to determine need for isolation precautions. Following Ct values should not be used to determine treatment response to a given m edication. Always interpret laboratory results in combination with clinical |

Vendrix Desinor (MRN: 14426243) (CSN: 966060460) • Printed by [GSMALLJO7] at 5/8/2024 10:45 AM    Page 8 of 11    Epic

| Collection Time  Result Time | COV2RNACOMM | COV2RNAPCR COV2TARTCT INFLUAPCR RSVPCR |
| --- | --- | --- |

observations,
patient history,
and
epidemiological
information.

**Final result**

# Results

XR CHEST

Study Result
Narrative & Impression
Chest PA and lateral

History: Cough

Technique: PA and Lateral views of the chest were obtained.

Comparison: March 28, 2024

Findings:

No consolidation, pulmonary edema, pleural effusion, or pneumothorax.  Normal cardiomediastinal silhouette. No acute osseous abnormalities.

Electronic Signature: I personally reviewed the images and agree with this report. Final Report: Dictated by  and Signed by Attending Jose Concepcion MD 5/8/2024 9:18 AM

IMPRESSION:

No acute pulmonary disease.

## Access to Clinical Notes and Test Results

At NYU Langone Health, we believe that sharing information supports patients taking an active role in their health.  In support of this, clinical notes and test results are made available to patients in MyChart and the NYU Langone Health App, as soon as they are available.  This is in accordance with the 21st Century Cures Act, which is intended to give patients and their healthcare providers secure access to health information. (www.healthit.gov/curesrule)

This means that a patient may see test results before their health care provider does.  If you do access your test results right away, please keep in mind that some results may be hard to interpret without guidance from a health care professional.  All results will be reviewed by members of your care team. They will continue to follow-up with you as they have done in the past.

**If you feel that any of the information in this summary is inaccurate, please talk with your healthcare provider.**

# Information About Medication Safety

It is important to keep an updated record of the medications you are taking, and to bring this updated list of medications every time you visit your Health Care Provider and when you come to the hospital. We want to help you in managing your medications safely after your visit or discharge. This includes the potential side effects of your medications.  If you have any questions regarding the medications you are taking, please speak to your Health Care Provider or Pharmacist.

# Finding a Physician Within NYU Langone Health

As one of the nation's premier academic medical centers, NYU Langone Health is devoted to excellence in patient care, education, and research. We are proud that our care team includes leading specialists for every condition.

Should you need assistance finding a physician or service, please visit us on our website at https://nyulangone.org/doctors.

To reach us by phone:
NYU Langone Physician Referral Services – (855) 314-2978
NYU Langone Orthopedic Hospital – (888) 453-3627
Family Health Centers at NYU Langone – (718) 630-7942

    Additional resources include:

    If you or someone you know is struggling or in crisis, help is available. Call or text 988 or chat 988lifeline.org
    NYC Suicide Hotline – **(888) 692-9355**

# Have questions about your bills?

Our physician and hospital customer service representatives are available to answer any billing questions:  https://nyulangone.org/insurance-billing-financial-assistance
    Physician Billing: 1 - 877 - 648 - 2964
    Hospital Billing:  1 - 800 - 237 - 6977

# NYU Financial Counseling Service

Patient Financial Counselors are available to discuss any outstanding financial responsibilities not covered by insurance. Financial Counselors can assist you in applying for Government-sponsored programs or NYU Hospitals Center's Financial Assistance program.

Location:    Skirball Institute lobby, across from the cashier, Tisch Hospital
            Hours:  Monday - Friday, 9:00 AM - 5:00 PM
            Toll Free Telephone:  1-866-486-9847

Vendrix Desmor (MRN: 1442624) (CSN: 966060460) • Printed by TTSMALLJO7] at 5/8/2024 10:45 AM    Page 10 of 11    Epic

# Please come back to the Emergency Department if:

• You do not feel better
• You feel worse
• You have any other medical concerns

If you do not have a primary care physician, please call: 855-314-2978 for a referral.

# Additional NYU Langone Health Resources & Care Options

**ED Follow-up and Care Transition Center:**
You will be contacted by the Emergency Department (ED) Follow-up and Care Transitions Center. We want to help you with anything you may need. We will gladly help you review your discharge instructions, assist with doctor appointments or get medications you need. If you have any questions or concerns about your ED visit, please call the ED Follow-up and Care Transition Center. They can be reached at (212) 263-6695 between 9:00am-7:00pm.

**Virtual Urgent Care:**
Adults and children (age 5 and older) can video chat with a care provider while at home, work, or on the go. This service is for patients who have minor medical conditions. It is not for emergencies. Virtual urgent care doctors treat a variety of minor complaints, including cough, sore throat, flu-like symptoms and more. Visit https://nyulangone.org/locations/virtual-urgent-care to learn more.

**Urgent Care:**
If you are experiencing an injury or illness and are unable to get an appointment with your doctor, NYU Langone has several urgent care options to ensure you get the care you need as quickly and conveniently as possible. This service is for patients who have minor medical conditions. It is not for emergencies. Our doctors are available for extended hours during the week, as well as on the weekend. They are able to perform minor procedures, bloodwork, and imaging services. Visit https://nyulangone.org/locations/urgent-care to learn more.

# Important Notice To All Patients

The examination and treatment(s) you received in our ED have been delivered on an emergency basis. Sometimes, these treatments are not a substitute for complete and ongoing evaluation and medical treatment. It is vital that you arrange for follow-up care with your physician/clinic you were referred to. Report any new or remaining problems at that time because it is difficult to recognize and treat all types of injury or disease in a single ED visit.

If your symptoms continue, get worse or change, you may need more immediate attention. You may need to see your physician or the referral physician. If they are unavailable or if you feel you cannot wait to be seen, return to the ED Our department is always open and available if you need to come back.

Please ensure that the contact information provided upon Emergency Department registration is accurate in case the need should arise for us to contact you. For information and further instructions on obtaining your medical records, including results and final radiology reports, access your MyChart account.

# Radiology Disclaimer

If you had an X-ray, CAT scan, Ultrasound or MRI today, the Emergency Department (ED) interpretation may have been a preliminary reading. A radiology specialist will formally review the exam by the next day following your ED visit. If there is a discrepancy or a change from today's Emergency department reading, you will be notified. In addition, due to the

complexities of radiologic examinations, the radiologist's final report may note incidental findings that were not noted during your ED visit. Incidental findings are findings that are discovered, which do not necessarily have clinical significance but may require further evaluation. We suggest you view your images and final radiology report by accessing your MyChart account.

## Signatures

Patient Signature: _____

Date: _____        Time: _____

Signature of Discharging Clinician _____ Title: _____

Printed Name of Discharging Clinician_____

Date: _____        Time: _____



# NYPD Property Clerk Invoice
PD 521-141(Rev.12/18)



Invoice No. **3001723211**

| Invoicing Command | Invoice Status |
|---|---|
| **TRANSIT DISTRICT 30** | **OPEN** |

| Invoice Date | Property Type | Property Category |
|---|---|---|
| **03/28/2024** | **GENERAL PROPERTY** | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing Officer | | | 972708 | **TRANSIT BUREAU RESPONSE TEAM** | OCME.EU No. |
| Arresting Officer | | | | | OCME.FB No. |
| Investigating Officer | | | | | Police Lab Evid.Ctrl.No. |
| Det Squad Supervisor | | | | | Det Sqd. Case No. |
| CSU/ECT Processing | | | | | CSU/ECT Run No. |

| Item | Total QTY | Article(s) | Estimated Value | Pkg. No. | QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 5 | **SHOE LACE** COLOR: **MULTICOLORED** DESCRIPTION: **5 SHOE LACES** | | 1205360888 | 5 | |
| 2 | 2 | **CELL PHONE - ACCESSORIES** COLOR: **BLACK** DESCRIPTION: **BLACK CHARGER CORD WITH BLACK WALL BLACK** | | 1205360888 | 2 | |
| 3 | 1 | **CELL PHONE** COLOR: **LAVENDER/BLACK** MAKE: **MOTAROLA** IMEI: **353868592376175** DESCRIPTION: **ONE PHONE IN PURPLE CASE** DAMAGE/DEFACEMENT DESCRIPTION: **WEAR AND TEAR** | | 1205360888 | 1 | |
| 4 | 1 | **CONDOM** COLOR: **SILVER** MAKE: **ONE** DESCRIPTION: **ONE CONDOM** | | 1205360888 | 1 | |
| 5 | 1 | **READING GLASSES** COLOR: **BLACK** DESCRIPTION: **ONE READING GLASSES, WITH MINOR SCRATCHES** DAMAGE/ DEFACEMENT DESCRIPTION: **MINOR SCRATCHES** | | 1205360888 | 1 | |
| 6 | 3 | **OTHER ACCESSORY** COLOR: **TAN** DESCRIPTION: **TWO RUBBER BANDS** | | 1205360888 | 3 | |
| 7 | 1 | **OTHER TOBACCO AND SMOKING ACCESSORIES** COLOR: **WHITE/ORANGE** MAKE: **BAMBU** DESCRIPTION: **ONE PACK OF ROLLING PAPER** | | 1205360888 | 1 | |
| 8 | 1 | **KEYS** COLOR: **SILVER** DESCRIPTION: **ONE KEY** | | 1205360888 | 1 | |
| 9 | 2 | **OTHER GROOMING & HYGIENE** COLOR: **BLACK/LIGHT GREEN** DESCRIPTION: **TWO FLOSSING UTILITIES** | | 1205360888 | 2 | |
| 10 | 1 | **OTHER ACCESSORY** COLOR: **SILVER** DESCRIPTION: **ONE CLOTHE PIN** | | 1205360888 | 1 | |
| | | **Total Cash Value** | 0.00 | | | |

| REMARKS |
|---|
| 972708 03/28/2024 21:24 : THE LISTED ITEMS ARE BEING VOUCHERED FOR SAFEKEEPING, DEFT CONCURS |
| 972708 03/28/2024 22:00 : Invoice Approved By 960217 |



Invoice No. **3001723211**

Prisoner/ Finder/ Owner Copy
printed: 03/28/2024 22:01

PCD Storage No.
--



# NYPD Property Clerk Invoice
PD 521-141(Rev.12/18)



Invoice No. **3001723211**

| Date of Incident | Penal Code/Description | | Crime Classification | Related To | Receipt |
|---|---|---|---|---|---|
| **03/28/2024** | **26519/CRIM POSS WEAPON** | | **FELONY** | | |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| | | | | | |

Complaint No. **2024-084-002113**

Related Comp No.(s) **N/A**

Aided/Accident No.(s) **N/A**

Related Invoice(s) **N/A**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | | | **972708** | **TRANSIT BUREAU RESPONSE TEAM** | **03/28/2024** | **21:24** |
| Invoicing Officer | | | **972708** | **TRANSIT BUREAU RESPONSE TEAM** | **03/28/2024** | **22:00** |
| Approved By | | | **960217** | **TRANSIT BUREAU RESPONSE TEAM** | **03/28/2024** | **22:00** |

Invoice No. **3001723211**

**Prisoner/ Finder/ Owner Copy**
printed: 03/28/2024 22:01

PCD Storage No.
--

Page No.2 of 4



# NYPD Property Clerk Invoice
PD 521-141(Rev.12/18)



Invoice No. **3001723211**

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the invoice. The New York City Police Department can change the Invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a **notarized letter** to claim the property will be required to submit, in person or by mail, the Invoice and **proper identification** (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

## ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than **120 days** after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is **NOT** required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have **270 days** from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property clerk within **270 days** of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department. Forfeiture property may additionally require a Civil Enforcement Release prior to release.

## INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after **one (1) year**, unless otherwise requested by the Investigating officer.

## DECEDENT'S PROPERTY

LETTERS TESTAMENTARY or LETTERS OF ADMINISTRATION obtained from the Surrogate Court of the decedent's county of residence are required for release.

## FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):
a. Property having a value of less than $100 — **3 months**
b. Property having a value of $100 but less than $500 — **6 months**
c. Property having a value of $500 but less than $5000 — **1 year**
d. Property having a value of $5000 or more — **3 years**

## SAFEKEEPING

Property held for Safekeeping must be claimed within **120 days** from the date it was invoiced. After **120 days**, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within **one (1) year** of the date of invoice. After the expiration of **one (1) year**, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

## PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of **90 days** . A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:
a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in. The Property Clerk offices are located at:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5364 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

**\*Bank Cards/Checks will only be issued between the hours of 8:00 AM and 2:00 PM**

If vehicle is involved, contact the following:
**SPRINGFIELD GARDENS AUTO POUND**        174-20 North Boundary Road, Queens, NY        718-553-9555
For more information visit the Property Clerk Division's website:
**http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml**

Invoice No. **3001723211**

PCD Storage No.
**--**

**Prisoner/ Finder/ Owner Copy**
printed: 03/28/2024 22:01

Page No.3 of 4

# AFTER VISIT SUMMARY

**NYC HEALTH+ HOSPITALS** | **Kings County**

**Vendrix Desinor**  MRN: 1638008                              📅 5/9/2024  📍 Kings County Adult ED 718-245-4617

## Instructions

You were evaluated for shortness of breath in the ED
Please follow with your primary care doctor regarding your recent ED visit
You were given a referral to a primary care doctor
You were prescribed additional prednisone start using this 2 days after your discharge date.



### Your medications have changed

➡ START taking:
**predniSONE** (DELTASONE)

❓ ASK how to take:
**mometasone-formoterol** 100-5 MCG/ACT inhaler (DULERA)

**Dulera** 200-5 MCG/ACT inhaler (mometasone-formoterol)

Review your updated medication list below.



### Pick up these medications at Kings Drug and Surgical - Brooklyn, NY - 492 Clarkson Ave

mometasone-formoterol (2 prescriptions) • predniSONE

Address:      492 Clarkson Ave, Brooklyn NY 11203
Phone:        718-363-3300



### Ambulatory Referral to Med Primary Care (MPC)
Where: Kings County Primary Care
Address: 451 CLARKSON AVENUE BROOKLYN NY 11203
Phone: 718-245-3325
Expires: 5/9/2025 (requested)
Frequent ED visits for asthma/copd needs PCP

## Today's Visit

You were seen by Dr. N Berland and Dr. M Khan

**Reason for Visit**
Asthma

**Diagnoses**
- Chronic obstructive pulmonary disease, unspecified COPD type (HCC)
- Moderate persistent asthma with exacerbation



## Today's Visit (continued)

### 🔬 Lab Tests Completed
Blood Gas/Chem Coox Lactate Venous
CBC And Differential
Comprehensive Metabolic Panel
PRO B-TYPE NATRIURETIC PEPTIDE
Poc Glucose Capillary

### 📄 Imaging Tests
DX Chest 2 Views
ECG 12 Lead

### 💊 Medications Given
acetaminophen (TYLENOL) Last given 5/9/2024 9:47 PM
albuterol (PROVENTIL) Last given 5/9/2024 9:47 PM
albuterol (PROVENTIL) Last given 5/10/2024 12:05 AM
albuterol (PROVENTIL) Last given 5/10/2024 6:58 AM
dexamethasone (DECADRON) Last given 5/9/2024 11:37 PM
ipratropium (ATROVENT) Last given 5/9/2024 9:47 PM
ipratropium (ATROVENT) Last given 5/10/2024 12:05 AM
ipratropium (ATROVENT) Last given 5/10/2024 6:58 AM
magnesium sulfate Stopped 5/10/2024 3:07 AM
mometasone-formoterol (DULERA) Last given 5/10/2024 12:45 AM

## What's Next

| | | |
|---|---|---|
| JUL 18 2024 | **New Patient with Dr. D Casagrande**<br>Thursday July 18 8:00 AM<br><br>E Building - 8th Floor - Suite D | Kings County Orthopedics<br>451 Clarkson Avenue, E Bldg 8th FL<br>BrooklyN NY 11203<br>718-245-3325<br>Arrive at: E Building - 8th Floor - Suite D |
| JUL 31 2024 | **New Patient with Dr. L Hope**<br>Wednesday July 31 1:00 PM<br><br>Arrive to B Building - 9th Floor | Kings County Endocrinology B9<br>451 Clarkson Avenue<br>Brooklyn NY 11203<br>718-245-3131<br>Arrive at: B Building - 9th Floor |

## General Emergency Department Discharge Instructions

We appreciate that you chose us as your healthcare provider.

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department.  If you have further questions concerning this visit please call us at the included phone number above on this form.  Please keep this form and bring it with you should you need additional treatment.  If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately.  We are available 24 hours a day.

General Emergency Department Discharge Instructions (continued)

*It is important that you keep appointments that may have been scheduled. If you are unable to make an appointment, please call the corresponding clinic to reschedule your appointment.*

## Instructions



**Your medications have changed**

➡ START taking:
**predniSONE** (DELTASONE)

❓ ASK how to take:
**albuterol** 108 (90 Base) MCG/ACT inhaler

**Alcohol Prep** Pads

**Blood Glucose Monitor System** w/Device Kit

**BLOOD GLUCOSE TEST STRIPS** Strp

**cetirizine** 10 MG tablet (ZyrTEC)

**glipiZIDE** 5 MG tablet (GLUCOTROL)

**Lancets** Misc

**metFORMIN** 1000 MG tablet (GLUCOPHAGE)

**mometasone-formoterol** 100-5 MCG/ACT inhaler (DULERA)

**Dulera** 200-5 MCG/ACT inhaler (mometasone-formoterol)

**Pen Needles 3/16"** 31G X 5 MM Misc

**sodium chloride** 0.65 % nasal spray (OCEAN)

**Review your updated medication list below.**

## Home Medication Information

The list of your home medications is based on the information provided by you (or your representative) during your Emergency Department visit, and/or the information contained in your medical record. In addition, some of your home medications **may have been changed** by the Emergency Department provider who evaluated you. These changes **may** include:

- New medications
- Changes to the amount or how often you take a medication
- Discontinuation of a medication

Please review the information below carefully. **Continue all your current medications as you are presently taking, with the exception of the following changes below. If you have questions about any of the medications or the changes, please contact your Primary Care Physician, the Provider who prescribed the medication, or your Pharmacist.**

# Changes to Your Medication List

## START taking these medications



**START**

**predniSONE** 20 MG tablet
Commonly known as: DELTASONE

Take 2 tablets (40 mg total) by mouth daily for 3 days.

**Changes to Your Medication List (continued)**

# ASK your doctor about these medications


**ASK**

**\* mometasone-formoterol** 100-5 MCG/ACT inhaler
Commonly known as: DULERA

Inhale 2 puffs 2 (two) times a day.
**Ask about: Which instructions should I use?**

---


**ASK**

**\* Dulera** 200-5 MCG/ACT inhaler
Generic drug: mometasone-formoterol

Inhale 2 puffs 2 (two) times a day.
**Ask about: Which instructions should I use?**

---


**ASK**

**\* mometasone-formoterol** 100-5 MCG/ACT inhaler
Commonly known as: DULERA

Inhale 2 puffs 2 (two) times a day.
**Ask about: Which instructions should I use?**

---

**\* This list has 3 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

 Stay engaged with your health with **MyChart**, a free, convenient, secure online tool. With MyChart you can...Message your doctor's office... Request refills... See test results... See your visit summaries and upcoming appointments... Pay your bill.... Request financial assistance... And much more...

To sign up for MyChart, go to **http://mychart.nychealthandhospitals.org** or scan the QR code below using your smartphone's camera, click "**Sign Up Now**" and enter your personal **activation code: Z6XP6-PX6ZS**
**Expires: 7/5/2024  4:53 AM**



After you sign up, please update your MyChart **Profile** with the most up-to-date **Contact** and **Insurance** information so we can reach you and help you with your bill:

1. **Contact Information**: Go to the **Profile** tab, then click **Personal Information**, then click **Contact Information**.
2. **Insurance Information**: Go to the **Billing** tab, then click **Insurance Summary**, then click **Add a Coverage**.
3. **Insurance Enrollment Assistance**: For assistance with insurance enrollment, go to the **Billing** tab, then click **Financial Assistance**. One of our staff will reach out to you to help you enroll in insurance coverage or financial assistance, if eligible.

Additional information:
If you have questions, you can go to: **https://epicmychart.nychhc.org/help** to contact our MyChart staff. **Remember, for emergencies, always call 911 – do not use MyChart.**

# Your Treatment Plan

The treatment you have received during your visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. The information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper treatment of your condition.



Epic

# NYC Health and Hospital Virtual ExpressCare

**Introducing Virtual ExpressCare: Get Urgent Care with Just One Click**

Virtual ExpressCare is an easy way to see a doctor about health issues that are not emergencies. You can see one of our doctors in less than 5 minutes from your home. We have interpretation services in over 200 languages.

Go to Expresscare.nyc to start a video visit from your smartphone or computer. You do not need to download any applications. A NYC Health + Hospitals support hero will help you register, and a doctor will see you.

Get high quality, low-cost urgent care from anywhere! ExpressCare takes most insurance plans. If you do not have health insurance, we can help you enroll. If you do not qualify or cannot afford health insurance, we can help you get NYC Care, our health care access program.

**Visit Expresscare.nyc or call (631) 397-2273 or point your smartphone camera at the QR code to talk to a doctor now.**



# COVID-19 Message



For the latest information from NYC Health + Hospitals about COVID-19, including testing sites, vaccines, care & treatment, and more resources go to www.nychealthandhospitals.org

If you have a fever, cough, sore throat, or shortness of breath that is unrelated to an existing condition, or have questions about COVID-19 testing, please call 1-844-NYC-4NYC (1-844-692-4692).

The updated booster vaccine is now available! To make an appointment or for information about vaccines, please call 1-877-VAX-4NYC (1-877-829-4692)

Thank you for being a patient at KINGS COUNTY ADULT ED today. If your prescription was sent to the internal hospital pharmacy, please keep this paper for your records and provide to the pharmacist when you arrive. Thank you again!

**Patient EMPI: 24816168 - For Internal Pharmacy Use Only**


24816168


1024816168

# Acknowledgement of Discharge Instructions

- I understand the treatment received during this visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. I also understand the information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper ongoing treatment of my complaint/ diagosis.

- A member of the Emergency Department staff has reviewed the discharge instructions provided to me and has answered any questions I may have had regarding these instructions.

_____

*Patient/Representative Signature*

_____

*Relationship to Patient*

_____        _____

*Date*                          *Time*

_____

*Witness*

_____        _____

*Date*                          *Time*

**Vendrix Desinor**
**CSN:** 149357065
**DOB:** 6/29/1966 male
**MRN:** 1638008
**Adm Date:** 5/9/2024





**DESINOR, VENDRIX**
DOB: 6/29/1966 (57 yrs)
MRN: 14426243
CSN: 960280511                          Male
                        A-Date: 03/28/...



**DESINOR, VENDRIX**
DOB: 6/29/1966 (57 yrs)
MRN: 14426243                           Male
CSN: 960294047          A-Date: 03/29/24



DESINOR, VENDRIX
CSN: 146248977
DOB: 6/29/1966 (57 yrs) M (KC)
MRN: 1638008
Adm Date: 4/6/2024



**DESINOR, VENDRIX**
DOB: 6/29/1966 (57 yrs)
MRN: 14426243                           Male
CSN: 962502061          A-Date: 04/13/24



**DESINOR, VENDRIX**
DOB: 6/29/1966 (57 yrs)
MRN: 14426243                           Male
CSN: 963773747          A-Date: 04/22/24

**THE LEGAL AID SOCIETY CRIMINAL DEFENSE**

**Estajo Koslow**
SHE/HER/HERS
Staff Attorney

111 Livingston Street
Brooklyn, NY 11201
Tel (718) 243-6220
Fax (646) 616-4220
Cell (646) 629-9349
ekoslow@legal-aid.org

www.legalaidnyc.org



**SmartEyeCare**
SmartMedical35@gmail.com
www.SmartEyeCare.nyc

Edward Rubinchik, M.D.
Leon Aleksandrovich, M.D.
Evelyn Icasiano, M.D.
Alan Sheyman, M.D.
Michael Ehrenhaus, M.D.

142 JORALEMON STREET, SUITE 1020     2613 EAST 16th STREET, 2nd FLOOR
BROOKLYN, NY 11201                    BROOKLYN, NY 11235
718-451-2020                          718-265-9900

---

**NOT RESPONSIBLE FOR:**

Eyeglasses when receipt is lost.

Eyeglasses or deposits left over 30 days

Customer's own frames or lenses which are being
used or repaired.

No refund on eyeglasses or contact lenses, or
sunglasses, and layaways.

All eyeglasses are custom made.

| NAME | DATE | | |
|---|---|---|---|
| Desinor, Vendrix | TOT. | | |
| No refund Store credit Only | DEP. | | |
| | BAL. | 18717 | |

**COHEN'S Fashion Optical #290**

395 Flatbush Avenue - Extension
Brooklyn, NY 11201
P: (718) 625-7500

All orders will take 10 to 14 business days. You will be notified when ready.

IN: LiGHT. PLEASE tAKE NOTE ON 05/08/24 I WAS LANGHORN
N.Y.U. HEALTH COBBLE HiLL. BECAUSE OF SEVERE MiNEGRAiN
AND RiGHT EAR CLOGGED OR BLOCKAGE / Also ON 05/09/24
THE PAiN /ACHE GOTTEN WORSt to WHERE it BOOSt UP
MY DiAGEtA Blood SuGAR AND tRiGGER MY ASthmA.
AND I ENDED CAllING For AN AmBULANCE to KiNGS
COUNtY HOSPitAL. / tREAtED WitH ACEtAmENOPHEN
For tHE MiNEGRAiN pAiN.

DESINOR, VENDRIX
DOB: 6/29/1966 (57 yrs)          Male
MRN: 14426243              A-Date: 05/08/24
CSN: 96606046D
HTAN



VENDRIX DESINOR
5 ALICE COURT
BROOKLYN N.Y. 11213-1004
(646) 500-4470
VENDRIX DESINOR 1 @ G.MAIL.COM

(05/06/24)

RECEIVED
SDNY PRO SE OFFICE
2024 MAY 13 PM 12:24

ALL HONORABLE JUDGES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
( PRO SE OFFICE )
500 PEARL STREET
NEW YORK, N.Y. 10007

DEAR: HONORABLE JUDGE

ALL THIS MATTER MAY CONCERN ALL HIGHER POWERS
AND AUTHORITY ... ALL HIGHER POWERS OF THE HIGHER POWER
COURTS. THAT THIS STATEMENT IS THE TRUTH, NOTHING BUT THE
TRUTH. THE FACT OF THIS STATEMENT IS NOT JUST ON THIS PIECE
OF PAPER HOWEVER ALSO ON THE DISTRICT 30 POLICE OFFICERS OF
THE TRANSIT BUREAU RESPONSE TEAM BODY CAMERA. AND ALSO THE
DISTRICT 30 M.T.A. POLICE STATION ON THE A-C-G TRANSIT
LINE HOYT SCHEMERHORN TRAIN STATION CAMERA.

ON 03/28/2024 AT THE APPROXIMATE TIME OF ABOUT
5:45 TO 6:00 P.M. AT THE HOYT St TRAIN STATION ON THE
#2 AND 3 TRANSIT LINE. I WENT THROUGH THE TURN STILE
BECAUSE I WAS HAVING A SEVERE ASTMA ATTACK TRYING TO GET
A #2 FLATBUSH AVE BOUND TO THE WINTHROP STREET

TRAIN STATION IN ORDER TO GET TO KINGS COUNTY HOSPITAL EMERGENCY WHERE I WOULD NORMALLY ATTEND ASTHMA TREATMENTS. AS I STOPPED AT THE NEAREST BENCH TO REGAIN MY BREATHING ABOUT 6 TO 7 M.T.A. OFFICERS IN DARK (NAVY) BLUE COLORED TOP AND KHAKI PANTS APPROACHED ME AND ONE DEMANDED MY I.D. ? THE FACT I AM EPERMENTING / UNDER-GOING THE ASTHMA ATTACK / WHERE ITS CLEARLY HE CAN HEAR AND SEE THE HARSHNESS OF MY BREATHING CONDITION - PROBABLY AUDIBLE THROUGH HIS BODY CAM. AS I AM HANDING HIM THE IDENTIFICATION CARD I EXPLAINED TO THE CAUCASSIAN OFFICER AS HE SNATCHED THE I.D. (ON HIS BODY CAMERA-IN THE NAME OF THE LORD GOD ALMIGHTY I'M BEING HEARD AND SEEN HAVING PROBLEMS BREATHING - ALTHOUGH 3 FEET APART AS A FISH OUT OF WATER) THIS GUY WORRIED ABOUT A COLLAR MORELESS MY LIFE, IN RETURN ME VENDRIX UNFORTUNATELY YOU DO NOT HAVE A WARRANT; YOU DID NOT GET IN TROUBLE WITH M.T.A. FOR AT LEAST TWO YEARS ... HOWEVER I HAVE TO TAKE YOU IN BECAUSE YOU ARE A M.T.A. RECIDIVIST. (WITHOUT READING MY MIRANDA RIGHTS) HE QUICKLY PLACED HAND CUFFS. HIM AND THREE OTHERS DROVE BACK TO THE DISTRICT 30 WHERE THE ARREST TIME AT 6:30 P.M. GETTING SEARCH FOR CONTRABANDS IN FRONT OF THE DESK SARGEANT, E.M.S. CAME JUST AS OFFICER PREVIL (WHOM WAS TAUNTING ME THE ENTIRE TIME ALTHOUGH I'M DIE-YING) AND ANOTHER OFFICER WAS GIVING ME A SECURITY SEARCH. THE E.M.S. WORKER WITH A NAME TAG "GEORGE" CHECKED ME WITH A STETOSCOPE - SOON AS HE HEARD MY BREATHING INSTANTLY PUMPED ME WITH STEROIDS OXYGEN / NEBULIZER AND RUSHED ME TO N.Y.U. LANGHORN HERITH COBBLE HILL HOSPITAL. WHEN I GOT TO LANGHORN DOCTORS PRONOUNCED HAD I GOT THERE COUPLE OF SECONDS AFTER I WOULD OF DIED.

UPON RETURN BACK TO DISTRICT 30 FROM LANGHORN N.Y.U. HEALTH I WAS SHACKELED TO TWO OTHER INDIVIDUALS HEAD BOUND FOR CENTRAL BOOKINGS - WHILE ENTERING THE TRANSPORT VAN I TRIED ADVISING THE TWO OTHER INDIVIDUALS ACCORDING TO THE ACKWARD TETRIS POSITION I WILL HAVE TO ENTER THE VAN FIRST - NO ONE WOULD LISTEN!; THE OFFICERS THAT WAS SO FOCUSED ON HOLDING UP THE BODY CAMS. OR THE OTHER TWO

INDIVIDUALS - HOWEVER WHEN THE OFFICERS REALIZED I WAS RIGHT TO THE VELOSITY - THEY ORDERED ME AND THE GUYS BACK OUT OF THE VAN AND TOLD ME TO RE-ENTER FIRST. UPON ENTERING THE VAN MY HEAD (RIGHT EYE) BUMPED INTO A METAL OBJECT THAT WAS SUPPOSED TO BE A PART OF A HEADREST "WHICH WAS NOW ALTERED AND STRUCTURED" TURNED INTO A WRESTLING STYLE TURNBUCKLE WITHOUT PADDING OR PROTECTION. CLEARY WAS ALTERED BY THE POLICE INTENTIONALLY. AND HAD SOMEONE DID NOT KNOW IT WAS THERE WOULD ACCIDENTALLY BUMPED THEY'RE HEAD AS I DID. CLEARLY ON CAMERA I'M ASKING WHAT HAPPENED TO MY EYE. AM I CUT, AM I BLEEDING.

AT CENTRAL BOOKING WHILE OFFICER KADIDJAH TRANPORT AND TRYING TO SEE THAT THE PAPERWORKS GET COURT READY. I WAS SEEN BY THE E.M.S. TEAM. A YOUNG LADY ASKED OF MY HEALTH CONDITIONS AND IF I WAS OKAY. & TOLD HER ABOUT THE LACERATION WITH THE EXTREME PAIN, THAT I'M ASTHMATIC, I'M DIABETIC, SHE PERFORMED A FINGER STICK. THE READINGS ON THE DIGITAL READER. (READS OVER TOO HIGH.) THE YOUNG LADY AUTOMATICALLY CALLED A SET OF E.M.S. WORKERS TO TRANSPORT ME BACK TO N.Y.U. LANG-HORN HEALTH WHERE I WAS TREATED WITH PAIN KILLERS FOR THE LACERATION, BLURRY VISION, IMPAIRED VISION AND HAVE TO TURN MY HEAD AND NECK TO THE RIGHT SIDE "BECAUSE" OF THE IMPARED HARD BURNING SENSATION TO SEE, VIEW. AND THE FACT I'M HAVING CATARACT ISSUES OR CORNEA ISSUES, ASTHMA DIABETIC.

BY THAT TIME WAS 03/29/2024.    03/29/2024 WHEN SEEING AND TALKING ABOUT THE CASE WHICH I THOUGHT I WOULD GET TIME SERVE, THAT SOME HOW A DIFFERENT OFFICER SWITCHED TOUR CHANGE WITH OFFICER KADIDJAH WHOM CAME FROM N.Y.U. LANGHORN HEALTH HOSPITAL TOLD ME WOULD BE A MISDER.MINOR, THAT WAS ORIGINALLY A VIOLATION HAD SOME HOW WORDED INTO A FELONY. MY LEGAL AID ATTORNEY WAS ASTOUND, AMAZED. SHOCKED AND SURPRIZED: MRS ESTAJO KOSLOW FROM THE LEGAL AID SOCIETY (CRIMINAL DEFENSE) STAFF ATTORNEY OF 111 LIVINGSTON STREET = BROOKLYN, N.Y. 11201 & TEL (718) 243-6220

FAX (646) 616-4220 ; CELL (646) 629-9349.

OFFICERS FROM THE DISTRICT 30 TRANSIT BUREAU RESPONSE TEAM CHARGED ME WITH CRIMINAL POSSESSION OF WEAPON FOR TWO TINY MINT BALL SIZE PEBBLES THATS NOT EVEN BIGGER THAN TWO TEN CENTS PEPPERMINT BALLS FROM THE DELI. (NOT STONES) (NOT ROCKS OR DOZERS) (ALLOW CAMERA) THAT SAME DAY 03/29/2024 AFTER BEING RELEASED FROM COURT AT 120 SCHEMERHORN WITH AN OPEN DATE OF 04/29/2024 ... IN THE MEAN TIME WENT BACK TO DISTRICT 30 TO RETRIEVE MY PROPERTY THAT WAS VOUCHERED FOR SAFE KEEPING — WITH THE RETURN OF MY PROPERTY I ALSO RETRIEVED THE TWO PEPPERMINT BALL SIZE PEBBLES.

I ALSO ON 04/03/2024 CALLED THE INTERNAL AFFAIRS AND TELL THEM OF THE FACT OF THIS STATEMENT AND THE INTERNAL AFFAIRS BUREAU GAVE ME A NUMBER FOR MY FILE (2024 9805).

FURTHERMORE ASTHMA IS RESPIRATORY, I COULD OF DIED ANY PRIOR SECONDS WITHIN THE TIME TO DISTRICT 30 OR THE TIME E.M.S. PUMPED ME WITH STEROIDS AND OXYGEN.

MR. AND MRS. HONORABLE ONE NO BLIND MAN NEED READING GLASSES TO SEE THE INJUSTICE AND CORNER ABUSE.

PLEASE TAKE NOTE OF THE COMMENCEMENT OF THIS MATTER AS THE END OF THIS MATTER. FOR I HAVE CLEARLY REST MY CASE AND ABUSE OF THIS MATTER.

CLEARLY I WOULD BE THE NEXT "GEORGE" FLOYD ANY TIME BEFORE THE EMS, WORKER BY THE NAME OF "GEORGE" RESCUED ME. NO COINCIDENT HONORABLE "GEORGE" WADKON "GEORGE" NO NEED TO BE CURIOUS "JUDGE". "GEORGE" ; HONORABLE JUDGE.

FOR THE ACTUAL FACT THAT EARLY NESTLE QUICK ADEQUATE MEDICAL ATTENTION WAS PROVIDE TO ME. THE EIGHTH AMENDMENT

OF MY RIGHTS HAS BEEN VIOLATED; MY FIFTH AMENDMENT FOR NO MIRANDA WAS MIRANDIZED BEFORE ME; EITHER OR NEITHER TOO ME. MR./MRS.: HONORABLE ONE. I DEMAND THE ALLOWANCE OF THE COMPENSATORY AMOUNT OF DOLLAR/AMOUNT OF: $ 5,000,000⁰⁰ FIVE MILLION DOLLARS AND NO CENTS.

NAME: VENDRIX DESINOR          SIGNATURE: _____

DATE: May 8, 2024

DATE: May 8ᵗʰ, 2024          NOTARY _____

DMITRI BELOKON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BE6318669
Qualified in Kings County, Certificate filed in New York County
Commission Expires January 26, 20 27